

United States District Court
Eastern District of California

KLAMATH FORESTALLIANCE et al

Plaintiff(s)

Case Number: 2:24-cv-02347-JAM-CSK

V.

United States FIsh and WIldlife Service et al.

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Meriel L. Darzen _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Klamath Forest Alliance et. al., plaintiffs

On ____10/06/2011____ (date), I was admitted to practice and presently in good standing in the

____Oregon Supreme Court____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: ____08/27/2024____          Signature of Applicant: /s/ ____Meriel L Darzen____

**Pro Hac Vice Attorney**

Applicant's Name: Meriel L. Darzen

Law Firm Name: Crag Law Center

Address: 3141 E Burnside Street

City: Portland      State: OR   Zip: 97214

Phone Number w/Area Code: (503) 525-2725

City and State of Residence: Portland, Oregon

Primary E-mail Address: meriel@crag.org

Secondary E-mail Address: mdarzen@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Thomas E. Wheeler

Law Firm Name: Environmental Protection Information Center

Address: 145 G. Street, Suite A

City: Arcata      State: CA   Zip: 95521

Phone Number w/Area Code: (707) 446-9027      Bar # 304191

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 09/09/2024                    /s/ John A. Mendez

                                     JUDGE, U.S. DISTRICT COURT