Oliver J. H. Stiefel (OR Bar No. 135436)
(503) 227-2212 | oliver@crag.org
Meriel L. Darzen (OR Bar No. 113645)
(503) 525-2725 | meriel@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, OR 97214
LEAD COUNSEL
*Applicants Pro Hac Vice*

Thomas E. Wheeler (CA Bar No. 304191)
(707) 446-9027 | tom@wildcalifornia.org
ENVIRONMENTAL PROTECTION INFORMATION CENTER
145 G. Street, Suite A
Arcata, CA 95521
LOCAL COUNSEL

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KLAMATH FOREST ALLIANCE**, a California non-profit corporation, **CONSERVATION CONGRESS**, a California non-profit corporation, **ENVIRONMENTAL PROTECTION INFORMATION CENTER**, a California non-profit corporation, and **MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER**, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FISH AND WILDLIFE SERVICE**, and **UNITED STATES FOREST SERVICE**<br><br>Defendants. | No. 2:24-cv-2347-KJM-CSK<br><br>(Endangered Species Act, 16 U.S.C. §§ 1531 *et seq.*, Administrative Procedure Act, 5 U.S.C. §§ 701 *et seq.*)<br><br>CERTIFICATE OF SERVICE REGARDING SERVICE OF PROCESS |

**CERTIFICATE OF SERVICE**

**REGARDING SERVICE OF PROCESS**

In accordance with Fed. R. Civ. Proc. 4(i), Local Rule 210(b), and the Order Requiring Service of Process and Joint Status Report (Dkt #4), I hereby declare and certify that I mailed copies of each of the following documents:

- Summons (Dkt 3);

- Complaint and Civil Cover Sheet (Dkt 1, 1-1);

- Order Requiring Service of Process and Joint Status Report (Dkt 4);

- Magistrate Consent Form (Dkt 4-1);

- Order Re Filing Requirements (Dkt 4-2); and

- Notice of Availability of VDR Progam (Dkt 4-3).

by first class certified mail, return receipt requested on August 29, 2024 to the persons or entities listed below:

| | |
|---|---|
| U.S. Fish and Wildlife Service<br>c/o Martha Williams, Director<br>1849 C. Street NW<br>Washington, D.C. 20240 | United States Forest Service<br>c/o Randy Moore, Chief<br>1400 Independence Avenue, S.W.<br>Washington, D.C. 20250-1111 |
| U.S. Department of Justice Room B-103<br>Merrick Garland, U.S. Attorney General<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0001 | Civil Process Clerk<br>United State's Attorney's Office<br>Room 4-200, 4th Floor, Robert T. Matsui<br>United States Courthouse<br>501 I Street<br>Sacramento, CA 95814 |

Thereby effecting Service of Process. Service is complete upon mailing per Fed. R. Civ. Proc. 5(b)(2)(C).

I further declare that I am at least 18 years of age and not a party to this action.


(signatures on following page)

//

//

//

//

//

//

//

CERTIFICATE OF SERVICE - 2

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. 503-227-2212*

Respectfully submitted this 9th day of September 2024,

/s/ Meriel L. Darzen
Meriel L. Darzen (OR Bar # 113645), *pro hac vice*
(503) 525-2725 | meriel@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, Oregon 97214
Fax: (503) 296-5454
*Of Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE - 3

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. 503-227-2212*





