Oliver J. H. Stiefel (OR Bar No. 135436)
(503) 227-2212 | oliver@crag.org
Meriel L. Darzen (OR Bar No. 113645)
(503) 525-2725 | meriel@crag.org
Kelsey Y. Dunn (OR Bar No. 244709)
(503) 234-0788 | kelsey@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, OR 97214
LEAD COUNSEL
*Pro Hac Vice*

Thomas E. Wheeler (CA Bar No. 304191)
(707) 446-9027 | tom@wildcalifornia.org
ENVIRONMENTAL PROTECTION INFORMATION CENTER
145 G. Street, Suite A
Arcata, CA 95521
LOCAL COUNSEL

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KLAMATH FOREST ALLIANCE**, a California non-profit corporation, **CONSERVATION CONGRESS**, a California non-profit corporation, **ENVIRONMENTAL PROTECTION INFORMATION CENTER**, a California non-profit corporation, and **MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER**, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FISH AND WILDLIFE SERVICE**, and **UNITED STATES FOREST SERVICE**<br><br>Defendants. | No. 2:24-cv-02347-DC-CSK<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1   Plaintiffs, four California non-profit organizations, challenge the final administrative
2   actions of the U.S. Fish and Wildlife Service and U.S. Forest Service, with respect to the South
3   Fork Sacramento Public Safety and Forest Restoration Project ("Project") on the Shasta-Trinity
4   National Forest in Northern California. Specifically, Plaintiffs challenge the Biological Opinion
5   issued by the Service—and the Forest Service's reliance thereon—which concludes that the SFS
6   Project is "not likely to jeopardize the continued existence" of the northern spotted owl. *See* 16
7   U.S.C. 1536(a)(2). This matter is before the Court on Plaintiffs' motion for preliminary
8   injunction. Having considered the parties' submissions, Plaintiffs' motion is GRANTED.

9   Plaintiffs have shown (1) a likelihood of success on the merits, or at least serious
10  questions going to the merits; (2) a likelihood of irreparable harm in the absence of preliminary
11  relief; (3) that the balance of equities tips in their favor; and (4) that an injunction is in the public
12  interest. *See Winter v. Natural Res. Defense Council*, 555 U.S. 7, 20 (2008); *All. for the Wild*
13  *Rockies v. Cottrell*, 632 F.3d 1127, 1131–32 (9th Cir. 2011); *Cottonwood Envtl. Law Ctr. v. U.S.*
14  *Forest Serv.* ("*Cottonwood*"), 789 F.3d 1075, 1091 (9th Cir. 2015).

15  Defendants and their assigns are hereby ENJOINED from undertaking any ground or
16  vegetation disturbing activities—including roadwork, tree felling, and site preparation—within
17  northern spotted owl nesting, roosting, and foraging habitat in the action area, as mapped in the
18  Biological Opinion. No bond shall issue. *See People of State of Cal. ex rel. Van De Kamp v.*
19  *Tahoe Reg'l Plan. Agency*, 766 F.2d 1319, 1325 (9th Cir. 1985).

21  IT IS SO ORDERED

23  DATED: September ___, 2025

25  /s/_____
    The Honorable Dena M. Coggins
26  UNITED STATES DISTRICT JUDGE

[Proposed] Order - 1

Crag Law Center
3141 E Burnside St.
Portland, OR 97214
Tel. 503-227-2212