Oliver J. H. Stiefel (OR Bar No. 135436)
(503) 227-2212 | oliver@crag.org
Meriel L. Darzen (OR Bar No. 113645)
(503) 525-2725 | meriel@crag.org
Kelsey Y. Dunn (OR Bar No. 244709)
(503) 234-0788 | kelsey@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, OR 97214
LEAD COUNSEL
*Pro Hac Vice*

Thomas E. Wheeler (CA Bar No. 304191)
(707) 446-9027 | tom@wildcalifornia.org
ENVIRONMENTAL PROTECTION INFORMATION CENTER
145 G. Street, Suite A
Arcata, CA 95521
LOCAL COUNSEL

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KLAMATH FOREST ALLIANCE**, a California non-profit corporation, **CONSERVATION CONGRESS**, a California non-profit corporation, **ENVIRONMENTAL PROTECTION INFORMATION CENTER**, a California non-profit corporation, and **MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER**, a California non-profit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES FISH AND WILDLIFE SERVICE**, and **UNITED STATES FOREST SERVICE** <br><br> Defendants. | No.  2:24-cv-02347-DC-CSK <br><br> **DECLARATION OF DEBBIE DERBY** |

I, Debbie Derby, state and declare as follows:

1.     I am over the age of eighteen, have personal knowledge of the matters stated herein, and, if called as a witness, would and could competently testify thereto. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2.     I have lived in Mt. Shasta, California, adjacent to the Shasta-Trinity National Forest, for 37 years. Mt. Shasta is home and I plan to live here for the rest of my life.

3.     I am a current member of Conservation Congress, and have been for three years.

4.     Conservation Congress is a 501(c)(3) non-profit organization incorporated in California in 2004, dedicated to maintaining, protecting, and restoring the native ecosystems of northern California. Conservation Congress works to protect many species, including late successional species. For example, Conservation Congress tirelessly advocates for protecting the Northern Spotted Owl (NSO), an ESA-listed threatened species that is experiencing significant population declines and habitat shrinking from the detrimental impacts of timber harvest and related activities, including the proposed logging in the South Fork Sacramento Fire Recovery Project (Project). The continued persistence of owls in the Scott and Soapstone territories is of significant interest to Conservation Congress and its members.

5.     I am a retired wildlife biologist. I graduated with a Bachelor of Science degree (1981) and a Master of Science degree (1985) in wildlife management from the University of Nevada-Reno. I was certified as a Professional Wildlife Biologist by the Wildlife Society in 1986.

6.     In 1988, I was hired as a wildlife biologist by the Shasta-Trinity National Forest, Shasta-McCloud Management Unit. Shortly thereafter, in June 1990, the northern spotted owl was listed as an ESA-listed threatened species. I worked with the northern spotted owl and its critical habitat for my entire career. I retired from my Forest Service position in 2013.

7.     Throughout my 25-year career with the Shasta-Trinity National Forest, I worked on numerous timber/vegetation management projects primarily located on the McCloud Ranger District. Most of the projects involved the northern spotted owl and northern spotted owl critical habitat. I worked with interdisciplinary teams (IDT) on all these vegetation projects. The teams worked together to achieve management goals for timber, fuels/fire, wildlife, botany, hydrology

DERBY DECL. - 1

Crag Law Center
3141 E Burnside St.
Portland, OR 97214
Tel. 503-227-2212

1    and other resource values. One or more U.S. Fish and Wildlife Service biologist(s) were always

2    included on the interdisciplinary teams. Together the FWS biologist and I helped to guide the IDT

3    process to avoid irreparable harm to the northern spotted owl or critical habitat. The final projects

4    ensured that sufficient suitable and critical habitat for the northern spotted owl was maintained.

5    Very minimal, if any, vegetation removal or fuels treatments was proposed in the home range of

6    any owl territory.

7          8.       In 1992, the U.S. Fish and Wildlife Service designated critical habitat for the

8    northern spotted owl. Critical habitat was further refined in 2012 across the range of the northern

9    spotted owl. During that time, the U.S. Fish and Wildlife Service - Yreka office biologists and I

10   met to discuss any necessary changes to designated critical habitat in the Shasta-McCloud

11   Management Unit. It was our professional opinion that protecting the source populations located

12   along the southern edge of the range was essential. We determined that both the Scott and

13   Soapstone territories located at the southern range of the northern spotted owl was critical to the

14   survival of the species.

15         9.       The Mount Shasta Ranger District, west of Interstate 5, has only eleven historical

16   northern spotted owl territories. Of these eleven territories, only two, Scott and Soapstone (both

17   located in the South Fork project area) have consistently had owls present for the last 20+ years,

18   with successful reproduction many of those years. These two owl territories have contributed

19   additional owls to the local population since before the 1990 listing under the federal Endangered

20   Species Act.

21         10.      During my tenure, the wildlife crew and I spent many days and nights surveying

22   the Scott and Soapstone owl territories. These two pairs were the only northern spotted owls

23   consistently found on the Shasta side of the Shasta-McCloud Management Unit year after year.

24   Also, importantly, we never found the invasive/competitive barred owl in either of these two

25   territories. To my knowledge, subsequently, barred owls have never been heard in either of the

26   two territories. In my professional opinion, the northern spotted owl pairs in the Scott and

27   Soapstone territories have remained secluded from barred owls in those two territories because

28   the habitat critical for the owls was and continues to be intact.

DERBY DECL. - 2

Crag Law Center
3141 E Burnside St.
Portland, OR 97214
Tel. 503-227-2212

11.    Since my retirement from the Forest Service in 2013, I have chosen not to comment or get involved in any Shasta-McCloud District projects. However, I cannot turn a blind eye on the South Fork Sacramento Project and its large-scale removal of suitable and critical habitat in the Scott and Soapstone territories. Based on my 25-year career working in this area, and specifically within these two territories, I am certain the extensive treatments authorized by the Project (removal of large trees, reducing the tree canopy, wide-ranging ground disturbance, etc.) will eliminate the only two known pair of owls located on the Shasta side of the Shasta-McCloud District. All of the extensive logging and overlapping fuels management activities in these two northern spotted owl territories will remove or greatly reduce canopy closure and important habitat. This will cause irreversible harm to these remaining active territories. Additionally, I predict this major removal of habitat will encourage the invasive barred owl to move into the territories.

12.    I thus broke from my self-imposed rule and submitted comments during scoping on the South Fork proposal (June 11, 2022) (FS-1724) and comments on the Draft South Fork Environmental Assessment (August 2, 2023) (FS-1964–66) outlining my concerns regarding the northern spotted owl. I had hoped the District would use my comments to modify the Project and continue to maintain habitat viability for the two known remaining pairs left on the Shasta side of the District. I was never contacted by the Forest about my concerns.

13.    In my retirement, I continue to use and enjoy the Shasta-Trinity National Forest for a variety of recreational, aesthetic, and spiritual purposes. In particular, I regularly visit the forests within the South Fork project area for hiking and birdwatching. My last visit was on August 14, and if the logging is enjoined, I plan to return this fall or next summer at the very latest.

14.    The presence of northern spotted owls in the Scott and Soapstone territories is one of the primary reasons I keep returning to this area. I enjoy looking for the birds, and take solace in knowing that they have continually occupied these two territories for decades, which is very unique for this region.

15.    I understand that implementation of the South Fork Project is imminent, with

DERBY DECL. - 3

Crag Law Center
3141 E Burnside St.
Portland, OR 97214
Tel. 503-227-2212

1   operations on the Rainbow contract set to begin as soon as September 22, 2025, and operations on

2   the Longbow contract possibly occurring after the contract is awarded around the end of

3   September. Both of these sales overlap portions of the Scott territory, and will log important

4   nesting, roosting, and foraging habitat.

5          16.     I have reviewed both the Rainbow and Longbow sales and, in my opinion—based

6   on decades of work on this Forest and with these owl territories specifically—the disturbance to

7   the northern spotted owls will be dire. Implementation of the Project through these and future

8   sales in and around both the Scott and Soapstone territories will cause both pairs to abandon their

9   territories, thus eliminating the last remaining known northern spotted owls on the Shasta side of

10  the District.

11         17.     Having spent my entire career working on the Shasta-Trinity National Forest,

12  specifically in service of the wildlife it supports, the onset of logging operations will affect me in

13  profound ways. Professionally and personally, I have been and remain deeply committed to the

14  health and recovery of the northern spotted owl. Harm to the owls in the Project area through

15  logging of important nesting, roosting, and foraging habitat will impair my recreational, aesthetic,

16  and spiritual use and enjoyment the Forest.

17         18.     If this logging occurs, my interests—and those of Conservation Congress—will be

18  irreparably damaged. The logging of mature trees will impair my ability to experience the forest

19  in its natural state. If this Court does not enjoin the implementation of the Project, a precious

20  piece of my life—my connection to this forest and the incredible species like the owls—will be

21  irreparably injured.

22         19.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

23  is true and correct to the best of my knowledge.

24

25         Executed this 18th day of August 2025, in Mount Shasta, California.

26

27

28     Debbie Derby

DERBY DECL. - 4

Crag Law Center
3141 E Burnside St.
Portland, OR 97214
Tel. 503-227-2212