Oliver J. H. Stiefel (OR Bar No. 135436)
(503) 227-2212 | oliver@crag.org
Meriel L. Darzen (OR Bar No. 113645)
(503) 525-2725 | meriel@crag.org
Kelsey Y. Dunn (OR Bar No. 244709)
(503) 234-0788 | kelsey@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, OR 97214
LEAD COUNSEL
*Pro Hac Vice*

Thomas E. Wheeler (CA Bar No. 304191)
(707) 446-9027 | tom@wildcalifornia.org
ENVIRONMENTAL PROTECTION INFORMATION CENTER
145 G. Street, Suite A
Arcata, CA 95521
LOCAL COUNSEL

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KLAMATH FOREST ALLIANCE**, a California non-profit corporation, **CONSERVATION CONGRESS**, a California non-profit corporation, **ENVIRONMENTAL PROTECTION INFORMATION CENTER**, a California non-profit corporation, and **MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER**, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FISH AND WILDLIFE SERVICE**, and **UNITED STATES FOREST SERVICE**<br><br>Defendants. | No. 2:24-cv-02347-DC-CSK<br><br>**DECLARATION OF LORRY PLAMBECK** |

I, Lorry Plambeck, state and declare as follows:

1. I am over the age of eighteen, have personal knowledge of the matters stated herein, and, if called as a witness, would and could competently testify thereto. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2. I am a resident of Siskiyou County and have lived here, near the Shasta-Trinity National Forest, for over 40 years.

3. I am a member of Mount Shasta Bioregional Ecology Center (MSBEC), and have been for nearly 20 years.

4. MSBEC has worked to protect, preserve and restore the bioregion around Mount Shasta since 1989. MSBEC regularly involves its members in opportunities to engage resource managers during public comment periods and hold open meetings for the public and agency officials. MSBEC recognizes Mount Shasta and the surrounding bioregion as a unique and irreplaceable contribution to the world. MSBEC advocates on behalf of the Klamath-Siskiyou bioregion and its ecological, botanical, recreational, scientific, aquatic, aesthetic, and spiritual values, especially for imperiled species like the northern spotted owl (NSO).

5. My work for the Forest Service began in the 1980s. For over thirty years I worked on the Shasta-Trinity National Forest as a field researcher and surveyor for the Forest Service, and a private contractor for the Forest Service. In the decades I have spent working on studies and surveys in this area, I have explored and become familiar with what seems like every inch of the forest.

6. I am extremely concerned about the South Fork Sacramento Public Safety and Forest Restoration Project and have been since I first learned about it during the scoping period. I filed multiple comments expressing serious concerns about the proposed logging activities, particularly within habitat for northern spotted owls (NSO). My two letters are dated July 29, 2022, and August 9, 2023. FS-001972–74; FS-001979–81.

7. The South Fork Sacramento River, and the portions of the Shasta-Trinity National Forest covered by the Project, are special and precious places to me. I have regularly visited the South Fork Sacramento River during the 40 years I have lived here to enjoy and connect with

nature, and will continue to do so as long as I am able.

8. The Project area is a critical and rare place for imperiled species such as NSO. Owls remain here while they have disappeared across so much of their historic range, because the rich, rare, fragile habitat has not been disturbed or destroyed; the Project and the imminent activities under the Rainbow Thin contract place that at risk. The very fact that NSO are here and return annually indicates that the habitat already works for them. Disrupting it now in the name of supposed long-term benefits does not add up.

9. While conducting surveys during my time working for the Forest Service, I personally discovered the Soapstone and Scott NSO pairs, and also found the Soapstone nest tree. The feeling of excitement and amazement when I found these owls is indescribable. NSO are incredible, beautiful creatures, and interacting with them and the large trees that make up their habitat is and has been an important part of my life and wellbeing.

10. During the course of my professional life, I continued to study and survey the owls I first discovered. Even now in my retirement I return to these territories often to make contact with the owls. I frequently hoot for the Scott pair, especially when I go by Castle Lake Road in the evenings. I most recently got a response from them in 2024, but I haven't visited that area as much this summer because of the thinning, brushing, and cutting along the road, especially by Castle Lake. I also visit the area via Red Hill Road, including as recently as August 2025, and call for the Scott pair. I last visited and heard the Soapstone pair in spring of 2025. The owls are still here because of their habitat has remained relatively undisturbed, and contains multistoried canopy cover, dead and down trees, some very large trees and snags, and meadows and springs—all of which are required for them to remain healthy and reproduce.

11. I plan to return to Scott and Soapstone later this summer and into the fall. I spend all of my spare time hiking, exploring, and swimming in these areas, and visit both locations every year throughout the spring, summer, and fall seasons. Part of why I continue to visit these places is to ensure the owls are still here and safe. If these places are logged, my ability to engage in these activities will be significantly impaired if not prevented entirely.

12. The NSO is under threat from multi-dimensional sources. NSO habitat is under

PLAMBECK DECL. - 2

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. 503-227-2212*

pressure and is already so marginal, compounded by other threats including Barred Owl encroachment and climate change; they are hanging on by a thread. Further alteration or disruption of their habitat, from foraging grounds to nesting sites, would be the end of them. Preservation of large trees and snags is necessary for their survival and recovery. To "treat" this area would irreparably destroy a fragile life zone on which NSO and other species depend.

13. Over thirty years ago when I was working on the Mt. Shasta Ranger District, the Forest Service decided against thinning and road improvement in NSO territory around Soapstone for the very considerations that went unheeded here, including that better access to remote parts of the forest only increases fire risk. It is inconceivable to me that a Finding of No Significant Impact was issued for this project, and that the Biological Opinion made a no jeopardy conclusion. Nothing could be farther from the truth.

14. Implementation of the Rainbow Thin and Longbow Thin contracts would cause irrevocable harm to NSO and to people like me who have devoted a lifetime to studying, surveying, and preserving the species in this part of the Shasta-Trinity National Forest. Ground disturbing activities in these locations would change the aspect of the natural beauty, aesthetics, and the essential habitat function of this precious place.

15. The areas where Project treatments are planned, such as Rainbow, contain vitally important NSO habitat, including large trees and snags. NSO use and forage in a large area, not just their nest core, and their survival and recovery depends on maintaining as much existing NRF habitat as possible. These are fragile ecosystems that a number of species I care about rely on, including NSO, Goshawks, and plant species.

16. I personally depend on the remaining wild and healthy ecosystems within the Project area for my recreation, and my relationship with the natural world including riparian and forest habitats and species. This Forest is irreplaceable and necessary to the persistence of NSO, which I spent my professional career studying and surveying, and which I continue to visit the Project area to search for. The proposed activities will imperil them. My personal interests, and those of MSBEC, would be irreparably harmed by the implementation of the Project.

17. A court order prohibiting ground disturbing activities in NSO habitat will prevent

PLAMBECK DECL. - 3

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. 503-227-2212*

irreparable harm to the owls, to me, and to the interests of MSBEC, and ensure that I can continue to experience firsthand the ecological, botanical, recreational, scientific, and aesthetic value of the Klamath-Siskiyou region.

18. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of August 2025, in Mount Shasta, California.

_____
Lorry Plambeck