Oliver J. H. Stiefel (OR Bar No. 135436)
(503) 227-2212 | oliver@crag.org
Meriel L. Darzen (OR Bar No. 113645)
(503) 525-2725 | meriel@crag.org
Kelsey Y. Dunn (OR Bar No. 244709)
(503) 234-0788 | kelsey@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, OR 97214
LEAD COUNSEL
*Pro Hac Vice*

Thomas E. Wheeler (CA Bar No. 304191)
(707) 446-9027 | tom@wildcalifornia.org
ENVIRONMENTAL PROTECTION INFORMATION CENTER
145 G. Street, Suite A
Arcata, CA 95521
LOCAL COUNSEL

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KLAMATH FOREST ALLIANCE**, a California non-profit corporation, **CONSERVATION CONGRESS**, a California non-profit corporation, **ENVIRONMENTAL PROTECTION INFORMATION CENTER**, a California non-profit corporation, and **MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER**, a California non-profit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES FISH AND WILDLIFE SERVICE**, and **UNITED STATES FOREST SERVICE** <br><br> Defendants. | No. 2:24-cv-02347-DC-CSK <br><br> **DECLARATION OF SUSAN THOMAS** |

I, Susan Thomas, state and declare as follows:

1. I am over the age of eighteen, have personal knowledge of the matters stated herein, and, if called as a witness, would and could competently testify thereto. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2. I am a field biologist. 2024 was my 34th season as a biological technician on the Shasta-Trinity National Forest working primarily on the McCloud Ranger District and the Mt. Shasta Ranger District, now known as the Shasta-McCloud Management Unit.

3. In my role, I help plan and conduct northern spotted owl (NSO) surveys. I have also done northern goshawk surveys, bat mist netting, songbird mist netting, surveys for fisher and marten, etc.

4. I have been in and around most if not all of the NSO territories and surrounding habitats on the Management Unit, including the three territories in the South Fork Sacramento Project (Project) area: Scott, Soapstone, and Morgan. I have seen and heard where the owls tend to forage, as well as their roosting and nesting habitats and most nest sites. I have checked on the three territories throughout my 34 years working as a wildlife biological technician.

5. I have surveyed the Project since the Project area was mapped and planned, starting in 2018. We completed six visits to every call point the first four years, and three visits after, including extra visits to the "hot" spots where we would routinely hear owls on our night surveys.

6. The three territories located within the footprint of the Project are very important to the NSO and its viability and population growth. Two (Scott and Soapstone) have persisted over 30 years, with reproduction contributing additional owls to the species' population. They are two of only a few pairs of owls to have continuously occupied forest habitats on the entire Management Unit and in this general area of the NSO range. Scott and Soapstone are both very important to the survival, recovery, and viability of this species. In addition, while Morgan does not have current or recent occupancy by owls, it still has the potential to support dispersing young from Scott or Soapstone.

7. Both Scott and Soapstone have been very successful over the years. We haven't

THOMAS DECL. - 1

Crag Law Center
3141 E Burnside St.
Portland, OR 97214
Tel. 503-227-2212

1 always found the nests, but we have seen the juveniles later in the season, confirming that the adult owls nested. Both territories have had constant pair occupancy with many years of reproductive success for decades.

8. I know firsthand the importance of maintaining nesting, roosting, and foraging habitat in and around these territories, to ensure continued reproductive success. The logging authorized by the Project, however, will remove important habitat and open up the canopy which will, in turn, cause the loss of the thermoregulation characteristics the owls need during the heat of the summer to stay cool and survive. The current, dense canopy offers the best protection or cover for the adult pairs as well as for the juveniles when they disperse.

9. Based on my observations of similar (or even lesser) project treatments and impacts on the Management Unit, and the lack of owl responses and occupancy afterward in those treated areas, I know any disturbance will upset the delicate balance in Scott and Soapstone.

10. I have been made aware of upcoming timber sale contracts implementing the Project: Rainbow Thin and Longbow Thin. Logging under both of these contracts will infringe on the Scott territory. Within the territory, the core use area has a total of 386 acres of nesting, roosting, and foraging habitat. After treatments authorized by the Project (including under Rainbow Thin and Longbow), the core will be left with only 271 acres of this habitat.

11. Over the entire Scott territory, the Project will be removing almost half of the current nesting, roosting, and foraging habitat. This habitat has successfully sustained this pair and its reproduction for 30 or more years. The extensive areas of habitat removal will impair their survival and is certain to add to the whole species' collapse in this area and across the range.

12. The long-term impacts will be devastating once so many of the trees are removed. The loss of canopy cover, cooler thermoregulation conditions, quality nest trees, and prey will harm the Scott and Soapstone owls. The soil in the project area is ultramafic and trees grow at a very slow rate, meaning that removal of this many acres could never regenerate in time to help save the NSO from becoming extinct.

13. Based on my 34 years of experience on the Management Unit, and seeing the effects of similar or even lower impact "thinning" projects, the ability for these owls to remain on

THOMAS DECL. - 2

the landscape, and continue reproducing and contributing new owls to the population, will be significantly impaired if not completely removed. If the Forest Service is allowed to carry out ground and vegetation disturbing activities, owls in the Scott territory will be irreparably harmed.

14. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of August 2025, in Mount Shasta, California.

*Susan G. Thomas* (signature)

_____
Susan Thomas

THOMAS DECL. - 3

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. 503-227-2212*