Oliver J. H. Stiefel (OR Bar No. 135436)
(503) 227-2212 | oliver@crag.org
Meriel L. Darzen (OR Bar No. 113645)
(503) 525-2725 | meriel@crag.org
Kelsey Y. Dunn (OR Bar No. 244709)
(503) 234-0788 | kelsey@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, OR 97214
LEAD COUNSEL
*Pro Hac Vice*

Thomas E. Wheeler (CA Bar No. 304191)
(707) 446-9027 | tom@wildcalifornia.org
ENVIRONMENTAL PROTECTION INFORMATION CENTER
145 G. Street, Suite A
Arcata, CA 95521
LOCAL COUNSEL

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KLAMATH FOREST ALLIANCE**, a California non-profit corporation, **CONSERVATION CONGRESS**, a California non-profit corporation, **ENVIRONMENTAL PROTECTION INFORMATION CENTER**, a California non-profit corporation, and **MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER**, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FISH AND WILDLIFE SERVICE**, and **UNITED STATES FOREST SERVICE**<br><br>Defendants. | No. 2:24-cv-02347-DC-CSK<br><br>**DECLARATION OF TONJA CHI** |

I, TONJA CHI, state and declare as follows:

1. I am over the age of eighteen, have personal knowledge of the matters stated herein, and, if called as a witness, would and could competently testify thereto. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

## INTRODUCTION

2. I am a wildlife biologist with expertise in wildlife biology, ecology, and behavior. I have been performing fieldwork in California ecosystems and working with wildlife species and their habitats since 2000. My professional experience during this time is as follows: Spotted Owl Field Researcher, Senior Wildlife Field Biologist in Biological Consulting firms (emphasis on Federal and State protected species and habitat assessments), Team Lead of Wildlife Field Surveys (Sierra Nevada Mountains), and Associate Field Biologist Researcher (Sierra Nevada Mountains).

3. I hold a B.A. degree in Chemistry from Sonoma State University (1993) and an M.S. degree in Biological Sciences Organismal, Conservation, and Ecology, San José State University, San José (2006). The topic of my Master's Thesis was mitochondrial DNA analysis and genetic characterization of four populations of spotted owls from four different geographic locales throughout California; two populations of Northern spotted owl (Mendocino National Forest and Marin) and two populations of California spotted owl (Monterey County and El Dorado National Forest).

4. I am currently employed at Kleinfelder Inc. as a Senior Staff Professional Wildlife Biologist and have been since 2021. I have worked in the environmental consulting industry, as an independent scientific researcher, or some combination of both since 2009. I have been reviewing and evaluating public lands projects throughout northern California and in the central Sierra Nevada Mountains for both California and northern spotted owls since 2012. My efforts have involved conducting independent spotted owl field surveys, ground evaluations, assessment of spotted owl habitat, survey data reviews, survey call point maps, and review of planned project impacts to spotted owls, mostly located on United States Forest Service (USFS) managed lands. Over the years I have submitted comments on many proposed projects on public lands in

CHI DECL. - 1

Crag Law Center
3141 E Burnside St.
Portland, OR 97214
Tel. 503-227-2212

California, mainly focused on impacts affecting spotted owls and their habitat. I have provided expert testimony as a spotted owl biologist on approximately ten different projects.

5. On August 11, 2025, I became aware of the Forest Service's plan to implement the Rainbow Thin MP Timber Sale and auction dates for the Longbow Thin MP Timber Sale (currently set for September 15, 2025)—both of which are timber sales that are authorized by the South Fork Sacramento Public Safety and Forest Restoration Project (Project) which was issued by the Shasta-Trinity National Forest.

6. In this Declaration, I provide a professional biological summary of direct adverse impacts to northern spotted owl (*Strix occidentalis caurina*) resulting from planned timber removal and management prescriptions, based on my review of Project planning documents (including USDAa (FS-143), USDAb 2023 (FS-2962)), Rainbow Thin Sale Area Map (12/21/23) (Ex. 1 to Dunn Decl.), and Rainbow MP Cruise Report Header and Certification (12/13/2023) (available at https://www.fs.usda.gov/sites/nfs/files/legacy-media/shasta-trinity/Rainbow%20Thin%20MP%20Cruise.pdf).

7. This analysis reflects my professional expertise as a wildlife biologist and emphasizes field experience gained from 25 years working with spotted owls. My background includes focused field and laboratory research of spotted owl resulting in an accepted thesis (*Genetic characterization of four populations in two subspecies of spotted owl* (Chi 2006)) and a Master of Science degree in Biological Science – Organismal Biology, Conservation, and Ecology (San José State University, 2006).

8. My many thousands of hours of spotted owl field work and research has provided me with extensive observation and a practical understanding of this species' behavioral patterns and fundamental habitat requirements. Information from current scientific studies and my own recent published peer-reviewed research (Chi 2024, Bond et al. 2022, Hanson and Chi 2021) augments my professional understanding of the species. Additionally, I have gained deeper insight into this species' behavior, biology, life history, and ecological habitat requirements through developments in the field from historic and current peer-reviewed literature, research, and scientific studies. I have considered relevant science and applicable material and such

materials are the primary foundation of this analysis. A bibliography of references is provided at the end of this declaration.

## BACKGROUND

9. The northern spotted owl (NSO) is a federally listed species, protected by the Endangered Species Act, and rapidly moving toward extinction due to one or more range-wide conditions. The NSO Revised Recovery Plan (USFWS 2011) identified the following threats: 1) **Competition with barred owl**; 2) **Ongoing loss of habitat as a result of timber harvest**; 3) **Habitat loss or degradation from stand replacing wildfire and other disturbances**; 4) **Loss of amount and distribution of spotted owl habitat as a result of past activities and disturbances**. In 2011, there was no established order of significance to evaluate one threat being greater than another.

10. Although published studies since 2011 now recognize competition with barred owls to be the primary and most immediate threat facing NSO range wide population survival (Dugger et al. 2016, Franklin et al. 2021), additional threats are just as harmful as barred owl competition but are more localized in nature. Extensive scientific data sets from 26 years of long term NSO demographic study sites have displayed downward trends in defined populations with annual declines of 6-9% on 6 study areas and 2-5% annually on 5 other study areas. These have resulted in measurements of reduced apparent survival, declining recruitment, increased territorial extinction, decreased territorial colonization, reduced fecundity, and reduced occupancy (Dugger et al. 2016, Franklin et al. 2021).

11. The NSO is travelling toward extinction as barred owl numbers continue to increase across the landscape (Franklin et al. 2021), but habitat loss and degradation resulting from timber harvest (including fuels treatments) are also significantly contributing to the accelerated population decline and continue to threaten spotted owl survival. It has also been documented that although consequences of climate change have resulted in recent increased incidence of fire on the landscape, use of severely burned forests by spotted owls needs further examination, as burned forest may still offer biologically valuable habitat for NSO in the absence of pre- and post-fire logging (Chi 2024, Bond et al. 2022, Lee and Bond 2015).

CHI DECL. - 3

Crag Law Center
3141 E Burnside St.
Portland, OR 97214
Tel. 503-227-2212

## SOUTH FORK SACRAMENTO PROJECT

12. I was introduced to this Project in August of 2023 and formally submitted comments within the window provided by the Shasta-Trinity National Forest. See FS-1956. In preparing comments, I invested many hours reviewing project documents including maps, historic spotted owl location information (California Natural Diversity Database – Spotted Owl Mapper), barred owl detection locations, timber sale/land management history, and current literature. Upon completion of comment submission in August 2023, I visited the project location — spending two full days in 2023 in the field (October 14 and 15). During this field visit I viewed the overall landscape and evaluated availability, quality, and quantity of spotted owl habitat. I collected field measurements that included diameter at breast height (dbh) of trees, species observed, and canopy cover estimates, and took photographs. I visited treatment units in the project to confirm USFS spotted owl habitat appraisals were consistent with established guidelines of tree stand characteristics and habitat designations set forth for the Eastern Klamath Ecological Zone Northern Spotted Owl Habitat (Zabel et al. 2003, Appendices A and B).

13. The greatest significance of the field visit was viewing tree stands and habitat at reported GPS (Global Positioning System) coordinates of recent locations where spotted owls have been detected roosting and nesting (obtained from the California Natural Diversity Database, BIOS – Spotted Owl Mapper dataset). *This provided the most important spotted owl information by giving insight into the preferred tree stand qualities of the most biologically relevant, highest quality, and geographically limited habitat on this landscape.* The field visit allowed me the ability to view preferred habitat in the existing landscape, including areas used by the resident pairs of northern spotted owls (current Scott and Soapstone) for roost and nest sites. Here I gained a visual reference of resident northern spotted owl-preferred tree stand qualities and was able to visually estimate abundance and evaluate impacts of management prescriptions to resident spotted owls within the project.

14. Located in Siskiyou County, California, the Project is in the Castle Creek-Sacramento River watershed, a discrete and topographically defined east-to-west corridor situated west of Lake Siskiyou, in the headwaters of the Sacramento River, and measures approximately

CHI DECL. - 4

1  10-miles in length and 3- to 4-miles in width. Rainbow and Longbow Thin MP Timber Sales are
2  centrally located within the South Fork Sacramento River corridor where removal of timber in
3  logging units in both sales will significantly remove essential habitat structure necessary for the
4  survival and continued occupancy of the current Scott spotted owl territory.

5     15. The Project will degrade quality, reduce quantity, and fragment the only
6  contiguous suitable spotted owl habitat in a 30-mile by 30-mile area that has not already been
7  altered, fragmented, and simplified. There is no suitable spotted owl habitat in the outlying
8  regions surrounding this Project for many miles in every direction. Landscapes historically
9  supporting northern spotted owls have since been impacted by land management (logging) on
10 public lands, extensive logging operations on private lands, or commercial/residential
11 development (as shown in **Figure 1**).
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

CHI DECL. - 5

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. 503-227-2212*



**FIGURE 1. Aerial map showing fragmented or unsuitable spotted owl habitat surrounding South Fork Sacramento Public Safety and Forest Restoration Project and approximate Rainbow timber sale location, created by T. Chi, August 12, 2025.**

16. Forest in the Project area is comprised of mixed conifer species with a xeric (dry) and less vegetatively robust landscape, defined as Eastern Klamath Ecological Zone Northern Spotted Owl Habitat (Zabel et al. 2003, Appendix A and B). Zabel et al. (2003) provide quantitative and qualitative measurements (species composition, canopy cover, tree diameters at breast height, and elevation) to characterize and evaluate stands of trees for their biological relevance to the life history requirements of northern spotted owl (Table 1). These measurements are an essential tool to assist in accurate characterization of spotted owl habitat use—as these often shift between varying ecological zones—and are especially helpful to identify habitat value in the absence of field survey data. These guidelines were developed to inform of structural differences and characterize forested habitat used by northern spotted owls in different California

ecological zones due to regional variability in climactic patterns, species composition, and elevations. Detailed characterization was established to offer guidance and accurate identification of northern spotted owl habitat by Zabel et al. (2003) and was solely created for use by the USDA Forest Service Land Management Planning Vegetation database.

| NSO NESTING/ROOSTING/FORAGING HABITAT IN MIXED CONIFER FOREST (From Appendices A & B, Zabel et. al 2003) | | | |
|---|---|---|---|
| DBH CLASS (CENTIMETERS) | CANOPY COVER CLASS (%) | EASTERN KLAMATH ECOLOGICAL ZONE (ELEVATION IN FEET) | NSO HABITAT TYPE |
| 6 (>90.2 cm) | | <6000': Shasta-Trinity NF | Nesting/Roosting |
| 5 (60-90.2 cm) | G (80-100%) | <6000': Shasta-Trinity NF | Nesting/Roosting |
| 5 (60-90.2 cm) | N (60-79%) | <6000': Shasta-Trinity NF | Nesting/Roosting |
| 5 (60-90.2 cm) | P (40-59%) | | Not Defined |
| 4 (43.2-59.9 cm) | N (60-79%) | <6000': Shasta-Trinity NF | Nesting/Roosting |
| 4 (43.2-59.9 cm) | P (40-59%) | <6000': Shasta-Trinity NF | Foraging |
| 3 (29.3-43.1 cm) | G (80-100%) | <6000': Shasta-Trinity NF | Nesting/Roosting |
| 3 (29.3-43.1 cm) | N (60-79%) | <6000': Shasta-Trinity NF | Foraging |
| 3 (29.3-43.1 cm) | P (40-59%) | <6000': Shasta-Trinity NF | Foraging |
| 2 (24.9-29.2 cm) | G (80-100%) | | Not Defined |

**TABLE 1. Summary Table of Habitat Characteristics Specific to Shasta-Trinity National Forest (Appendices A and B, Zabel et al. 2003)**

17.  I have spent a significant amount of time reviewing many aspects of this Project including a desktop review in conjunction with field observations, where I have summarized my findings and shared the information with the Shasta-Trinity Forest Service: "South Fork Sacramento Public Safety and Forest Restoration Project, Shasta Trinity National Forest, Northern Spotted Owl, Public Comments," (Chi August 20, 2023) ("SFS Public Comment") and "South Fork Sacramento Public Safety and Forest Restoration Project Field Ground Evaluation (October 14-16, 2023)," (Chi November 19, 2023) ("SFS Field Evaluation"). *See* FS-1956 (SFS Public Comment); ECF1-1, p. 53 (SFS Field Evaluation).

18.  I have grave concerns and am certain that implementing one or both the Rainbow and Longbow Thin Timber Sales, will substantially degrade the existing northern spotted owl habitat found in the current Scott territory by reducing structure, complexity, and canopy cover for both the short and long term. Such habitat manipulations will result in a significant decrease in

prey availability, halt all nesting and reproductive capacities, and will likely result in loss of one or more of the adult pair (abandonment) within the current Scott northern spotted owl territory.

19. Results from my SFS Field Evaluation, ECF1-1 p. 53, have given me cause to conclude that the landscape within the Project boundary has not been adequately evaluated by the USFS. The habitat throughout has been misrepresented and consistently undervalues the importance of these areas to fulfill essential biological needs and support survival of the resident northern spotted owl pair. Spotted owl habitat typing represented in the Project documents and maps are not consistent with measurements taken on the ground and are not consistent with guidelines found for this ecological zone (Zabel et al. 2003). Areas that have been labeled "spotted owl foraging habitat" do not represent the true biological value of these areas for the owls, and in some places should have been characterized as "spotted owl nesting/roosting habitat." For example, the 2021 confirmed nest location for the Scott Creek owls is located squarely in habitat typed as "NSO foraging habitat" and despite the nest being located here, the habitat typing has not been revisited or reevaluated to be recognized as "NSO nesting/roosting habitat" (Figure 2, maps *from* SFS Biological Assessment, Appendix L (2022), FS-3056). In short, and most importantly, spotted owl surveys conducted on the forest are the gold standard in identifying valued habitat for the species, where the detection, presence, and locations of the owls indicate a practical use of habitat by the species and infers the biological value of specific areas. These areas need to be acknowledged and integrated into the analysis to determine true and real effects of the Project activities to the species.

///
///
///
///
///
///
///
///

CHI DECL. - 8

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. 503-227-2212*



**FIGURE 2. South Fork Sacramento Public Safety and Forest Restoration Project showing the Scott Creek 2021 nest location in a light green shaded area, indicating "NSO Foraging Habitat." Derived from FS-3056.**

20. Consistent misrepresentation of "NSO nesting/roosting habitat" as "NSO foraging habitat" throughout the Project analysis completely downplays the potential effects to resident northern spotted owls and drastically underestimates the devastating impacts habitat manipulations will have on this pair.

21. In my SFS Public Comments, FS-1956, I recount the published scientific literature and abundance of evidence summarizing impacts of habitat manipulations such as fuels treatments within spotted owl territories. Studies have shown that these treatments reduce complexity and structure and lower the quality and value of the habitat to spotted owls. Often these treatments are associated with reduced fecundity and occupancy, and can result in territorial abandonment. In addition, habitat manipulation has been linked to the increased movement of barred owls into territories, potentially providing a segue for barred owls to gain a foothold in

these territories. Most importantly, my comments include an evaluation of suitable habitat in surrounding areas within approximately 15 miles of the Project, finding no suitable spotted owl habitat in all cardinal directions for many miles. This was corroborated by data from the CNDDB showing the limited number of spotted owl activity centers with resident owls (Figure 3).





**FIGURE 3. South Fork Sacramento Public Safety and Forest Restoration CNDDB map of northern spotted owl presence as seen by the red where the red circles represent individual territories and the grey circles indicate surveys where owls have not been detected.**

CHI DECL. - 10

22. Finally, my greatest concerns regarding implementation of the Project does not end with impacts on individual owls or even the localized population but instead focus on the far-reaching potential of impacts to survival and recovery of the species as a whole. The Eastern Klamath spotted owl region has been identified as the highest primary source population in the northern spotted owl range (Schumaker et al. 2014) where owls originating in this region act as a stabilizing factor (like a backbone) to all populations they support; creating population replenishment for other regions. It acts as the highest source population responsible for replenishing declining populations in neighboring regions while also creating connectivity between those populations. Removing successfully reproducing pairs (current Scott and Soapstone have reported at least one nest each in the past 10 years) from this population, at a time when all regional populations continue to plummet, will have far reaching implications to the range wide survival and stability of all northern spotted owl populations.

23. Commenters, including myself, have submitted very important information about this Project for review that pertains to methodological flaws in the analysis and an insufficient evaluation of how timber removal will impact habitat suitability for these northern spotted owls. The Rainbow Timber Sale alone will remove at least 64 trees (ranging in dbh from 32.8 – 108 cm) from northern spotted owl nesting/roosting/foraging habitat in the current Scott home range, as described in Rainbow MP Cruise Report Header and Certification (12/13/2023). Northern spotted owl nesting/roosting habitat in the Eastern Klamath Ecological Zone can be characterized as dbh ranging from 29.3 to $\geq$ 90.2 cm, at 60% to 100% canopy (Zabel et al. 2003). However, due to the poor productivity of this more xeric portion of the northern spotted owl range, habitat measurements I took in the Project area fall below even the lowest listed percent canopy values ($\leq$ 60%) described in Zabel et al. (2003) and are thereby habitat values "Not Defined". Regardless, northern spotted owl pairs are present, occupying, nesting, and using the best available habitat for their survival, as can be confirmed by the northern spotted owl current and historic survey results. Important data collected from surveys conducted by the USFS for spotted owls has not been acknowledged or utilized to adjust the undervalued and mischaracterization of biologically significant spotted owl habitat throughout the Project.

24.	The value of spotted owl territories occupied by reproductively successful pairs must be considered in light of the cornerstone role a source population plays; the contribution these pairs make replenishes not only the local population, but also offers stability to support the species' entire range. This is increasingly important as the northern spotted owl annual declining rates continue to fall. The reduced resource availability associated with this drier region will impede the ability of the forest to regain necessary tree stand structural complexity to support northern spotted owls not only within the 10-year time frame as suggested by the Project documents, but over a much longer time-frame. Based on visual field observations of trees removed in the 1980's (stumps) in the Project boundary, I noted very slow regeneration, with very little (if any) tree recruitment since time logged. Under these conditions and once the habitat has been simplified and removed, the forest is not able to recreate structurally complex spotted owl nesting/roosting/foraging habitat within a biologically meaningful timeframe. Implementation of the timber removal will leave significant, irreparable consequences, including loss of spotted owls on the landscape.

25.	Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of August 2025, in Mount Shasta, California.

_____
TONJA Y. CHI

**LITERATURE CITED**

1. Chi, T.Y. 2024. *First record of the northern spotted owl nesting in forest burned at the highest level of severity*. Western Birds 55:293-303, 2024. https://doi.org/10.21199/WB55.4.4.

2. Chi, T. Y. 2006. *Genetic characterization of four populations in two subspecies of spotted owl*. Master's Thesis, San José State University, California. 36 pp.

3. Bond, M.L., T.Y. Chi, C.M. Bradley, and D.A. DellaSala. 2022. *Management, barred owls, and wildfire in northern spotted owl territories*. Forests 13, 1730. https://doi.org/10.3390/f13101730

4. Dugger, K.M., E.D. Forsman, A.B. Franklin, R.J. Davis, G.C. White, et. al. 2016. The effects of habitat, climate, and barred owls on long-term demography of northern spotted owls. Condor 118:57-116.

5. Franklin A.B., Dugger K.M., Lesmeister D.B., Davis R.J., Wiens J.D., White G.C., Nichols J.D., Hines J.E., Yackulic C.B., Schwarz C.J., Ackers S.H. (2021). Range-wide declines of northern spotted owl populations in the Pacific Northwest: A meta-analysis. Biological Conservation, 259:109168.

6. Hanson, C.T. and T.Y. Chi. 2021. *Impacts of postfire management are unjustified in spotted owl habitat*. Frontiers in Ecology and Evolution 9: 1-7 (Article 596282).

7. Lee, D.E. and Bond, M.L., 2015. *Occupancy of California Spotted Owl sites following a large fire in the Sierra Nevada, California*. The Condor: Ornithological Applications, 117(2), pp.228-236.

8. Schumaker, N.H., Brookes, A., Dunk, J.R., Woodbridge, B., Heinrichs, J.A., Lawler, J.J., Carroll, C. and LaPlante, D., 2014. *Mapping sources, sinks, and connectivity using a simulation model of northern spotted owls*. Landscape Ecology, 29(4), pp.579-592.

9. USDAa (U.S. Department of Agriculture) USFS (U.S. Forest Service) Shasta-Trinity National Forest. July 2023. *South Fork Sacramento Public Safety and Forest Restoration Project-Draft Environmental Assessment and Draft Finding of No Significant Impacts*. p.129.

10. USDAb (U.S. Department of Agriculture) USFS (U.S. Forest Service) Shasta-Trinity National Forest. *South Fork Sacramento Public Safety and Forest Restoration Project-Biological Assessment.* p.74.

11. USFWS (U.S. Fish and Wildlife Service). 2011. Revised recovery plan for the northern spotted owl, *Strix occidentalis caurina*. U.S. Fish and Wildlife Service, Portland, Oregon.

12. Zabel, C.J., Dunk, J.R., Stauffer, H.B., Roberts, L.M., Mulder, B.S. and Wright, A., 2003. *Northern Spotted Owl habitat models for research and management applications in California (USA). Appendix A and Appendix B*:  Ecological Applications, 13(4), pp.1027-1040.