Oliver J. H. Stiefel (OR Bar No. 135436)
(503) 227-2212 | oliver@crag.org
Meriel L. Darzen (OR Bar No. 113645)
(503) 525-2725 | meriel@crag.org
Kelsey Y. Dunn (OR Bar No. 244709)
(503) 234-0788 | kelsey@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, OR 97214
LEAD COUNSEL
*Pro Hac Vice*

Thomas E. Wheeler (CA Bar No. 304191)
(707) 446-9027 | tom@wildcalifornia.org
ENVIRONMENTAL PROTECTION INFORMATION CENTER
145 G. Street, Suite A
Arcata, CA 95521
LOCAL COUNSEL

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KLAMATH FOREST ALLIANCE**, a California non-profit corporation, **CONSERVATION CONGRESS**, a California non-profit corporation, **ENVIRONMENTAL PROTECTION INFORMATION CENTER**, a California non-profit corporation, and **MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER**, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FISH AND WILDLIFE SERVICE**, and **UNITED STATES FOREST SERVICE**<br><br>Defendants. | No. 2:24-cv-02347-DC-CSK<br><br>**SECOND DECLARATION OF STEPHEN NICHOLAS JOSLIN** |

I, Stephen Nicholas Joslin, state and declare as follows:

1. I am over the age of eighteen, have personal knowledge of the matters stated herein, and, if called as a witness, would and could competently testify thereto. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction. This is the second declaration I have submitted in this matter. *See* ECF No. 32.

2. I am an employee and member of Mount Shasta Bioregional Ecology Center ("MSBEC"), currently serving as the Policy and Advocacy Director. MSBEC is a small 501(c)(3) non-profit organization with a staff of 5 part-time employees. Most of our funding comes from grants and is expressly forbidden from being used to fund legal challenges. The organization does not enter into litigation lightly, in part because our budget is limited, and already allocated to staff time and existing programs.

3. MSBEC does not have additional funds to post a bond in this case. Imposition of a bond would all but ensure that the challenged logging activities would proceed, even if Plaintiffs meet all the criteria for issuance of a preliminary injunction.

4. MSBEC has no financial interest in the outcome of this case, and we cannot benefit financially from a grant of injunctive relief.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of August 2025, in Mount Shasta, California.

Stephen Nicholas Joslin

2d JOSLIN DECL. - 1

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. 503-227-2212*