Oliver J. H. Stiefel (OR Bar No. 135436)
(503) 227-2212 | oliver@crag.org
Meriel L. Darzen (OR Bar No. 113645)
(503) 525-2725 | meriel@crag.org
Kelsey Y. Dunn (OR Bar No. 244709)
(503) 234-0788 | kelsey@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, OR 97214
LEAD COUNSEL
*Pro Hac Vice*

Thomas E. Wheeler (CA Bar No. 304191)
(707) 446-9027 | tom@wildcalifornia.org
ENVIRONMENTAL PROTECTION INFORMATION CENTER
145 G. Street, Suite A
Arcata, CA 95521
LOCAL COUNSEL

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KLAMATH FOREST ALLIANCE**, a California non-profit corporation, **CONSERVATION CONGRESS**, a California non-profit corporation, **ENVIRONMENTAL PROTECTION INFORMATION CENTER**, a California non-profit corporation, and **MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER**, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FISH AND WILDLIFE SERVICE**, and **UNITED STATES FOREST SERVICE**<br><br>Defendants. | No. 2:24-cv-02347-DC-CSK<br><br>**SECOND DECLARATION OF DENISE BOGGS** |

I, Denise Boggs, declare as follows,

1. I am over the age of eighteen, have personal knowledge of the matters stated herein and, if called as a witness, would and could competently testify thereto. I submit this declaration in support of the Plaintiffs' Motion for Preliminary Injunction. This is the second declaration I have submitted in this matter. *See* ECF No. 31.

2. I am the Executive Director and a member of plaintiff Conservation Congress. Conservation Congress is a 501(c)(3) non-profit organization with a staff of 1. We have an extremely limited budget, and the imposition of a bond would be a significant and insurmountable hurdle. It would effectively stop our ability to participate in this case.

3. Conservation Congress has no financial interest in the outcome of this litigation, and we cannot benefit financially from a grant of injunctive relief. Any bond would pose serious, undue hardship to Conservation Congress.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge, information and belief.

Executed on August 18, 2025 in Rohnert Park, CA..

/s/ Denise Boggs
_____
Denise Boggs, Director
Conservation Congress

2d BOGGS DECL. - 1

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. 503-227-2212*