Oliver J. H. Stiefel (OR Bar No. 135436)
(503) 227-2212 | oliver@crag.org
Meriel L. Darzen (OR Bar No. 113645)
(503) 525-2725 | meriel@crag.org
Kelsey Y. Dunn (OR Bar No. 244709)
(503) 234-0788 | kelsey@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, OR 97214
LEAD COUNSEL
*Pro Hac Vice*

Thomas E. Wheeler (CA Bar No. 304191)
(707) 446-9027 | tom@wildcalifornia.org
ENVIRONMENTAL PROTECTION INFORMATION CENTER
145 G. Street, Suite A
Arcata, CA 95521
LOCAL COUNSEL

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KLAMATH FOREST ALLIANCE**, a California non-profit corporation, **CONSERVATION CONGRESS**, a California non-profit corporation, **ENVIRONMENTAL PROTECTION INFORMATION CENTER**, a California non-profit corporation, and **MOUNT SHASTA BIOREGIONAL ECOLOGY CENTER**, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FISH AND WILDLIFE SERVICE**, and **UNITED STATES FOREST SERVICE**<br><br>Defendants. | No. 2:24-cv-02347-DC-CSK<br><br>**SECOND DECLARATION OF KIMBERLY BAKER** |

I, Kimberly Baker, state and declare as follows:

1. I am over the age of eighteen, have personal knowledge of the matters stated herein, and, if called as a witness, would and could competently testify thereto. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction. This is the second declaration I have submitted in this matter. *See* ECF No. 30.

2. Since 1998, I have worked for Klamath Forest Alliance ("Alliance"), first as the organization's Forest and Wildlife Advocate, and now as Executive Director. I am also a member of the Alliance. I am also a member of and the Conservation Director for the Environmental Protection Information Center ("EPIC"). Prior to my role as Conservation Director, I served as the organization's Public Land Advocate. I have worked for EPIC since 2007.

3. The Alliance and EPIC are small, non-profit 501(c)(3) public interest organizations with a staff of 3 and 8, respectively. Our budgets are extremely limited, leaving us with no flexibility for large legal expenses. A vast majority of funds are contractually allocated to go towards programs and expenses outside of legal expenses.

4. The Alliance and EPIC are unable to post anything other than a nominal bond in this litigation. The posting of a non-nominal bond would effectively stop our ability to participate in the democratic legal process that allows for citizen enforcement of government actions that impact public resources.

5. Neither the Alliance nor EPIC has any financial interest in the outcome of this litigation, and we cannot benefit financially from a grant of injunctive relief.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of August, 2025, in Westhaven, California.

*[signature: Kimberly Baker]*

Kimberly Baker

2d BAKER DECL. - 1

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. 503-227-2212*