# Exhibit 1

ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Chief
ALISON C. FINNEGAN, Senior Trial Attorney
JACOB JOSE, Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH FOREST ALLIANCE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE, et al., <br><br> Defendants. | Case No. 2:24-cv-2347-DC-CSK <br><br> **DECLARATION OF JOSEPH RODARME** |

I, Joseph Rodarme, state as follows:

1. I am the District Ranger for the Mount Shasta and McCloud Ranger Districts for the Shasta-Trinity National Forest ("Forest"), a position I have held since March 2024. I received a Masters of Science in Environmental Policy and Management from American Military University in 2019, and a Masters of Education, with a concentration in Environmental Education, from Concordia University in 2021. As District Ranger, my duties include overseeing the management of National Forest System lands and natural resources in an area

comprising approximately 806,000 acres.  I serve as the Responsible Official for many projects developed on the Mt. Shasta and McCloud Ranger Districts and provide leadership direction in the environmental analysis process to interdisciplinary teams and review environmental compliance documents.  Prior to my current role as a District Ranger, I served as the Forest Environmental Coordinator for the Shasta-Trinity National Forest from April 2021 until March 2024.  In this role, I led the Forest environmental compliance program and was closely involved with management of most forest planning projects, including the South Fork Sacramento Public Safety and Forest Restoration Project ("Project").  I also worked for the Bureau of Land Management in Utah as a Planning and Environmental Specialist from 2019 until 2021, where I managed multiple environmental compliance projects.  Between 2011 and 2019, I managed a water treatment engineering company in Lima, Peru, and I served on active duty in the U.S. Air Force from 2001 until 2011.

2.   In my capacity as Forest Environmental Coordinator, I provided environmental compliance guidance and oversight to the South Fork Sacramento Public Safety and Forest Restoration Project interdisciplinary team and coordinated with the team and responsible official to refine the proposed action, identify issues, and analyze environmental effects.  I worked closely with the team and responsible official to coordinate public engagement and input and preparation of the project documentation, including drafting and finalizing the Decision Notice for the Project.

**Current Conditions in the South Fork Project and Surrounding Areas**

3.   The Shasta-Trinity National Forest includes landscapes and watersheds devastated by recent wildfires. FS-000128.   The Mount Shasta Ranger District includes National Forest System lands where the accumulation of fuels from 100 years of fire suppression have created unprecedented conditions capable of fueling explosive fire growth and severity.  FS-000128. Across the Shasta-Trinity National Forest, including the Mount Shasta Ranger District, vegetation patterns, fire frequency, and fire-related processes have departed from historic conditions.  FS-000010.  Fire exclusion over the last century in the project area has resulted in stands with dense undergrowth of vegetation, including an uncharacteristic abundance of fire

intolerant trees and conversion of formerly open-canopied stands with sparse understory trees, to closed-canopy stands with dense understory trees. FS-002990, see also Photo 1 below. These conditions provide surface and ladder fuels that increase the likelihood of stand replacing fire that will result in the loss of historically more open forest habitat. FS-002991.



Photo 1. Example of current conditions along a roadside in the project area showing abundant surface and ladder fuels and densely packed trees. FS-000128.

4.  The South Fork Sacramento Public Safety and Forest Restoration Project ("Project") area is located on National Forest System lands above Lake Siskiyou, just a few miles to the west of Mount Shasta City, California. FS-000009. The project area is heavily used by the community, visitors, and other forest users for its popular recreation areas and opportunities, including the Castle Lake Campground and day use area and Gumboot Campground. FS-000009, with well over 85,000 vehicles accessing the areas along the South Fork and Castle Lake roads each year. These two roads are the primary access routes into the area, and both are one-way in, one-way out. A high-severity fire within the project area under current conditions would likely result in severe ingress and egress limitations for the public and first responders.

5.  In recent years, there has been a dramatic increase in catastrophic high-severity wildfires that have consumed and degraded vast swaths of national forest system lands in

California, while threatening public and firefighter safety. FS-000128. Fire season has started earlier in the year and lasted longer into the fall season. The kind of conditions often seen later in the summer (high temperatures, low fuel moistures, low relative humidity) which give rise to large wildfires are now being observed in the spring, and these conditions are projected to continue or worsen in the near future in the region. FS-000008. Given the loss of forested stands, wildlife habitat, and infrastructure from recent wildfires in the vicinity of the Project and in other areas of the Shasta-Trinity National Forest with similar fuel conditions, there is heightened concern for the safety of the public and recreationists enjoying the South Fork watershed and regarding the potential impacts from a future large wildfire to the area and the City of Mount Shasta, California. FS-000008. During the summer of 2023, before the Project was finalized, multiple fires started in or near the project area, reflecting both the need and urgency to act before further damage and adverse impacts occur. FS-000273. These trends and conditions persist to this day, with four fires igniting within the project area in just the past few months, and a new rapidly growing wildfire, dubbed the Root Fire, which ignited just yesterday and is now threatening the project area. The Root Fire, which has burned approximately 668 acres with 0% containment and entered the Castle Crags Wilderness as of this writing, is currently approaching the southern boundary of the project area (and the Soapstone NSO territory), within only 1.5 miles of the Project at the time of signing this declaration, with extreme fire behavior and evacuations in place.

6. The South Fork Sacramento Public Safety and Forest Restoration Project is in a location that has not experienced a large fire in more than 100 years due to fire suppression efforts, whereas large wildfires typically occurred every five to fifteen years prior to human settlement in the area. FS-000009. This suppression has resulted in an elevated risk of high-severity fire that could devastate wildlife habitat and severely damage nearby communities.

7. Communities adjacent and near to the project area are increasingly at risk. The cities of Mount Shasta, Dunsmuir, and Weed are within ten miles of the project area and have a combined total of approximately 7,800 residents, composing 18% of the total population of Siskiyou County. Recent unprecedented high-severity wildfires have decimated several

communities, destroying homes and businesses and displacing thousands of people both temporarily during evacuations and in the long-term due to damage or loss of structures. Without addressing the buildup of fuels, communities surrounding the project area continue to face a very high probability that catastrophic high-severity wildfire will occur. FS-000133. In fact, populated areas in Siskiyou County have a greater wildfire likelihood than 96% of all counties in the United States. AR FS-000129. The Siskiyou County Community Wildfire Protection Plan identified the project area to be at a high to very high fire threat. FS-000129. And the Forest Service's Wildfire Crisis Strategy identifies two of the firesheds in the project area as among those firesheds with the highest risk of community exposure to wildfire on a national scale. FS-000129.

8. Reinforcing this threat, there have been multiple large, high-severity destructive wildfires in close proximity to the Project area in recent years. In June 2021, the Lava Fire was ignited by lightning and burned 24,409 acres within nine miles of the project area. The fire destroyed 23 buildings, including 14 homes, and injured six firefighters. The River Complex Fire, which also burned in 2021 and was caused by multiple lightning strikes in western Siskiyou County, burned approximately 200,000 acres and resulted in the destruction of 122 structures and caused two fatalities. In 2018, the human-caused Delta Fire burned 63,311 acres approximately 10 miles south of the project area, resulting in the closure of Interstate 5, the primary transportation corridor in the region, and the evacuation of thousands of nearby residents. Both the River Complex and Delta Fires also involved substantial losses of valuable wildlife habitat, including northern spotted owl habitat. These examples, along with the numerous smaller wildfires in the area, provide a stark reminder that the project area, while relatively fortunate up until now to not have experienced a large and devastating wildfire, is not immune from that threat. A fire within the project area in similar scope and scale to any of these examples could occur at any time, and would cause irreparable damage to wildlife habitat and threaten the safety of nearby communities, and could put countless lives in danger as Forest Service personnel and visitors attempted to evacuate the Forest. See, e.g., FS-000775.

9. The safety of Forest visitors would be especially threatened in the event of a wildfire in the project area. The area experiences heavy traffic and recreation use, including an estimated 35,000-42,000 vehicles annually on Castle Lake Road alone. FS-000134. Castle Lake Road is the sole access route to the increasingly popular recreational day use area and campground at Castle Lake and also serves as the access route to the Methodist Camp, which provides numerous camping and lodging opportunities for Forest visitors. South Fork Road, which traverses the entire project area, averages between 50,000 and 60,000 vehicles per year and is the sole access point for Gumboot Campground and Lake, numerous trails, and dispersed recreation. These high-use roads that serve as primary access routes for recreation on the Forest have high potential for human-caused fire starts due to frequent abandoned or illegal campfires. FS-000010. Given that these travel corridors are in areas characterized by overstocked forest stands with abundant surface and ladder fuels, any fires that do start have the potential for extreme fire activity and growth. FS-000010. Adding to this risk, these roads are generally narrow and winding with areas of steep embankments, travel conditions which can impede the safe evacuation of the public as well as ingress and egress of first responders in the event of a wildfire. FS-000010. The combination of high recreation use of these roads, heavy fuel loading, and steep slopes pose serious public and firefighter safety concerns in the event of a fire.

10. Heavy human use of the project area increases the threat of human-caused wildfires. FS-000031. Between 1990 and 2023, there were 102 recorded wildfire ignitions in the project area, with 75% of those ignitions caused by humans. FS-000031, FS-000770. The 76 human-caused ignitions, including two arson fires, were concentrated in the eastern half of the project area. FS-000773. Lighting accounted for 26 ignitions (25%), mostly in the western higher elevations. During the summer of 2023, before the Project was finalized, multiple fires started in or near the project area, reflecting both the need and urgency to act before further damage and adverse impacts occur. FS-000273. Increased recreational activity and an abundance of wildfire fuel has resulted in a greatly increased risk of high-severity wildfire within the project area, creating an urgent need to address this risk while the opportunity still exists.

11. In addition to abundant recreational opportunities and access to popular sites, the project area also provides habitat for a variety of wildlife species, including northern spotted owls (NSO). Habitat conversion from large-scale stand-replacing fire is a primary threat to NSOs in the project area. FS-002992. High-severity fire profoundly impacts NSO nesting and roosting habitat, and if high-severity fire and related impacts to habitat are widespread, loss of NSO occupancy is possible. FS-002992. Where dense conditions remain without treatment, the shift toward shade tolerant and less fire resilient tree species would continue, leading to a higher likelihood of large-scale habitat loss in the event of a wildfire. FS-000021-FS-000022.

**Implementation of the South Fork Sacramento Public Safety and Forest Restoration Project Serves the Public Interest**

12. The Project was designed to improve public safety and fire resilience of forested ecosystems on National Forest System lands, to mitigate potential detrimental impacts from wildfire, and to improve recreational opportunities. FS-000013, FS-000128. The Project includes vegetation and fuels management treatments designed to reduce hazardous fuels within the wildland urban interface, increase forest health and vegetative diversity, and restore the natural role of fire in the ecosystem. FS-000013. The silviculture and fuels treatments will address the elevated risk of stand-replacing fire, as well as uncharacteristic levels of insect infestation and disease outbreaks. FS-002992.

13. Specific treatments authorized in the Project include establishing fuel management zones in strategic locations such as high-use travel routes and along boundaries with private lands. FS-000015, FS-000131. The establishment of Fuel Management Zones (FMZs) from which fire suppression resources may be deployed in the project area has the potential to reduce the risk of fire reaching more vulnerable resources, including NSO habitat in adjacent units. FS-000300. Treatments also include thinning and fuels reduction to increase fire resiliency by reducing tree densities and ladder fuels in select stands. FS-000015. Treatments to reduce surface, ladder, and canopy fuels are aimed at reducing the likelihood of initiating and sustaining crown fire, a type of fire that can spread rapidly and have more severe and destructive impacts. FS-000777 FS-000789, FS-000801.

14. The Rainbow Thin MP timber sale and Longbow Thin MP IRTC stewardship contracts, the first two of several timber contracts that are anticipated to be awarded to implement the Project, are located in the northeastern and eastern extents of the project area, which are adjacent to private lands and are the closest parts of the project area to the City of Mount Shasta. This area is considered to have some of the highest risk for impacts from wildfire within the Project, and as a result, these sales were prioritized for treatment to help address the most urgent public safety concerns. The Rainbow Thin MP timber sale, in particular, establishes fuel management zones to create safe egress for the public and ingress for first responders along parts of Forest Road 39N22Y (National Forest System road), Castle Lake Road, and the South Fork Road in the event of a fire, and is located within eight miles of Mount Shasta City. The Longbow Thin MP IRTC treats roads and areas in the vicinity of an archery range and dispersed camping and other recreation. These contracts will apply Fuel Management Zone (FMZ) and Restoration and Fuels Reduction prescriptions to thin forest stands and conifer trees to a more historical spacing and range of tree densities. FS-000081-082, FS-006007. In the case of FMZ treatments, FMZs will be created for public safety through a combination of mechanical and hand methods, along high use travel routes, private and County property boundaries where necessary, and ridge systems that may be used to assist in both unplanned and planned fire control, and would reduce the average basal area of the treated stands to a range of 60-80 square feet per acre in most areas, with some areas leaving a higher basal area retention of 90-100 square feet per acre. Trees 10 inches or less in diameter will be thinned from below, and generated activity fuels in FMZs will be masticated, chipped, piled, burned, or made available for fuelwood to the public. FMZs will be maintained as needed to retain their effectiveness. FS-000081, FS-000087, FS-006007. The Restoration and Fuels Reduction prescription in these contract areas will thin and reduce fuels in oak-conifer woodlands and plantations to a range of tree densities or trees per acre depending on the stand or habitat type, ranging from a basal area of 60-80 square feet per acre in oak conifer woodlands, to between 109 and 30 trees per acre in plantations depending on the current size class of the plantation. Generated activity fuels in these units will be piled, pile burned, masticated, and prescribe burned. FS-000082, FS-000087.

15. The Rainbow Thin MP and Longbow Thin MP IRTC contracts were prioritized for treatment because they treat excess fuels in portions of the project area that experience high recreational use, including the high-use travel corridors that provide the only access to Gumboot Lake and Castle Lake. These areas are also among the areas where the greatest flame lengths (highest intensity fire) would be expected, should a wildfire ignite, based on fire behavior modeling under existing stand conditions. FS-000135, FS-000779-780.

16. The Rainbow Thin and Longbow contracts both include some treatments within NSO home ranges. Specifically, the Rainbow Thin contract includes some treatments within the eastern portion of the Scott home range, although the majority of the work will occur outside of that home range. While also mostly outside the home ranges, the Longbow contract includes some treatments within the Morgan and Scott home ranges. Neither contract includes any activities within any NSO core area, and neither contract includes activities within the Soapstone home range or core area. Moreover, while FMZ treatments will result in the removal of some NSO habitat in the home ranges, vulnerable NSO habitat in adjacent areas of the home ranges and cores may benefit from the reduced risk of wildfire reaching it, especially from human-caused ignitions in the project area, thereby reducing the risk of habitat loss to a high-severity fire. FS-003000. By reducing the fire hazard in the eastern and northeastern extents of the project area, FMZ treatments and forest thinning under the Rainbow Thin MP contract and Longbow Thin MP IRTC will reduce the likelihood of a severe fire that could spread westward and southward into the NSO cores and potentially destroy highly valuable, occupied NSO habitat within the Morgan, Scott, and even the Soapstone territories.

17. During project development, the Mount Shasta Ranger District coordinated with local nonprofit organizations, state and federal government agencies, and individuals, which formed the South Fork Collaborative Group. FS-000022. The Forest held two collaborative meetings, two collaborative field trips, a public town hall meeting, and two public field trips to discuss the need for the Project and planned treatments. FS-000022. Active collaboration with the South Fork Collaborative Group, other interested individuals, and the public-at-large played an important role in identifying interests and concerns for the area, as well as providing valuable

input to the project design and proposed activities. FS-000022. The project interdisciplinary team heard overwhelmingly from partners, stakeholders, and our public about the need to act with urgency to reduce wildfire risk. FS-000133. The treatments authorized in this project are essential to meeting these concerns. FS-000133.

18. Due to the Project's location within two designated high-risk firesheds, the Shasta-Trinity National Forest received emergency authorization from the Associate Deputy Chief of the Forest Service to expedite implementation of the Project under section 40807 of the Bipartisan Infrastructure Law (BIL). FS-000138, FS-000142. The actions authorized under the December 2023 Decision Notice are only those activities under Revised Alternative 4 that fall under the scope of the Western Fireshed Emergency Action Determination, that is, actions needed to address hazards threatening human health and safety or mitigation of threats to natural resources. FS-000138.

19. Recognizing the value of the South Fork Sacramento Project for reducing wildfire risk and promoting forest resilience, in 2024 the Sierra Nevada Conservancy awarded the Forest a $3,628,600 grant to assist with implementation. Sierra Nevada Conservancy is a California state agency that leads efforts to restore and enhance the extraordinary natural resources and communities of California's Sierra-Cascade region, while protecting them from wildfire and a changing climate. See https://sierranevada.ca.gov/snc-awards-27-5-million-to-help-with-wildfire-recovery-and-forest-resilience-throughout-sierra-cascade/.

**Anticipated Start Of Timber Harvest Activities**

20. To date, Project implementation has been relatively minor, with only noncommercial fuels reduction treatments taking place in a few areas. In 2024, Forest Service crews carried out a limited amount of implementation work consisting of mastication of small fuels on twenty-three acres along the road to Castle Lake within the Scott NSO home range, in addition to hand thinning and piling of fuels on five acres outside of NSO habitat, near Castle Lake.

21. In July 2025, the Forest Service, through counsel, informed Plaintiffs that noncommercial fuels reduction activities along South Fork Road were planned to begin as early

as mid-August 2025 pursuant to a service contract, and in August 2025 provided notice that implementation of the Rainbow Thin MP timber sale, which includes commercial harvest to reduce fire risk, will begin no earlier than September 22, 2025.  The Forest Service also confirmed to Plaintiffs that the Longbow Thin MP IRTC was under advertisement, and that it could be awarded on or after September 15, 2025.  While a start date for Longbow is currently not ascertainable, the Forest Service will require upon contract award that the contractor provide 30-days notice of any planned operations.  The Forest Service previously agreed to give Plaintiffs 30-days advance notice of the start of any ground-disturbing activities under the Rainbow Thin MP contract or any other contract implementing the Project.  Implementation of the South Fork Road service contract, which involves manual treatment of 211 acres within a 150' buffer on each side of the road, commenced in the Gumboot area of the Project in mid-August, and is currently ongoing, with activities currently occurring on the north side of South Fork Road.

22. Operations on the Rainbow Thin MP and Longbow Thin MP contracts are limited to a short window of time between limited operating periods for wildlife protection, industrial fire precautions, and winter weather closures.  While the normal operating season, which runs from April 1 through October 31 is the typical window of time in which a purchaser can reasonably expect to operate without incurring weather delays, limited operating protections for NSO may limit operations until September 15th or until surveys confirm an absence of reproduction for resident owls.  Notably, as previously stated, neither contract includes any harvest activities within NSO core areas, and no operations on either contract will begin until after the NSO breeding season is over and all limited operating periods have ended on September 15, 2025.  For this operating season, operations in the Rainbow Thin MP are expected to extend beyond the normal operating period; however, they may be shut down, either temporarily or for the season, at any time beginning around October 31 due to wet weather, and operators are required to ensure erosion control compliance work is up to date.

23. The Rainbow Thin MP sale is expected to require six weeks to complete, and to be completed by its January 31, 2026 termination date.  However, as to be expected, the longer

that operations extend into winter, the higher chance that weather and ground conditions will further delay work or shut it down for the season.  Given this very limited operating window, it is imperative that operations be allowed to proceed as planned on September 22, 2025, to give the purchaser sufficient time to complete its contractual obligations under the Rainbow Thin MP contract and to allow the Forest Service to achieve the Project goals of removing the large fuels in this high risk, high travel corridor before an unfortunate fire start in the area ignites a tragedy.  While several other timber contracts implementing the Project are in various stages of planning for implementation in later years, no other contract implementation is planned for the 2025 operating season.

24.     In addition to the timber and stewardship contract work described above, other non-commercial fuels reduction work is anticipated to occur in the Project area over the next calendar year, including continued implementation of the South Fork Road service contract, hand piling of fuels within home ranges and near the University of Nevado Reno Limnology Lab; mastication, hand piling, and lop and scatter work near the Methodist Camp; and mastication along Castle Lake Road both inside and outside of the Scott home range.

**Harms to Public and Firefighter Safety if the Project Were Preliminarily Enjoined**

25.     The Project's vegetation and fuel reduction treatments are critical for ensuring public safety, safe and effective firefighting response, and more resilient forests.  Treatments within the Rainbow Thin MP and Longbow Thin MP IRTC, and along South Fork Road pursuant to the ongoing service contract, are especially critical to these efforts because they establish fuel management zones and reduce fuels within the most vulnerable, high traffic areas of the Project that are most likely to experience high-severity, difficult to manage wildfires.

26.     Within the entire project area there is a high level of risk to public and firefighter safety and natural resource values due to potential for catastrophic high-severity wildfire.  To illustrate, in its current condition, approximately 54% of the project area has modeled flame lengths exceeding 8 feet, and major travel corridors in the area would be impacted by modeled flame lengths exceeding 25 feet. FS-000780.  Flame length is a key measure of fireline intensity for public safety and ecological considerations, and flame lengths exceeding 8 feet can contribute

to extreme fire behavior and rapid fire growth, making fires difficult or impossible to effectively contain. FS-000134, FS-000777. These flame lengths are considered high intensity and often cause torching, crowning, and spotting. These types of fire conditions also contribute to high tree mortality after a fire. Flame lengths of eight feet or greater are destructive to wildlife habitat and direct attack by firefighters is generally ineffective. Flame lengths higher than 11 feet are considered extreme, unsafe for direct attack by firefighters, and fire behavior can become erratic.

27. In contrast, flame lengths less than 4 feet are considered low intensity, easier to control and suppress, and result in impacts similar to prescribed fire objectives. After Project treatments, only 11% of the project area is modeled to have flame lengths exceeding 8 feet in height. FS-000034. Moreover, after treatments have been implemented, approximately 62% of the project area would experience flame lengths at 4 feet or less. (Under current conditions, only 30% of the project area would experience less than 4-foot flame lengths if no treatments are implemented.) FS-000034.

28. With the modeled reduction in flame lengths to less than four feet in approximately 62% of the project area, planned fuel reduction treatments under the Project would reduce the potential for extreme fire activity and rapid fire spread, allowing for safer defense of communities and facilitating safer evacuations of recreational areas and local communities. Risk to homes and infrastructure would also be reduced. FS-000134-135. With treatment, the ability of firefighters to safely suppress and contain fires, both in initial attack and during extended fire suppression operations, would be substantially improved from current conditions. FS-000134.

29. If the project is not implemented or implementation is significantly delayed, it is expected that current vegetative conditions and trends would continue and wildfire risk would increase, which would result in increased risks to public safety. FS-000021. If a wildfire were to occur in the area, it would be far more difficult to suppress and the potential for severe wildfire impacts would remain high. FS-000022. If no action is taken to reduce wildfire risk, the highest flame lengths in the project area would burn in the wildland urban interface, the area that is closest to town, adjacent to private land, and experiences the highest use. FS-000031-032.

30.     Without treatment, public safety and emergency responder safety are at increased risk in the event of a wildfire due to over-dense stands immediately adjacent to evacuation routes.  Modeling predicts that if fire were to occur, flame lengths would be high to very high near Lake Siskiyou, along lower South Fork Road, and along Castle Lake Road.  The Rainbow Thin MP timber sale, in particular, would address and mitigate this risk by reducing fuels and establishing FMZs along sections of both South Fork Road and Castle Lake Road, and both Rainbow Thin MP and Longbow Thin MP IRTC would treat these critical areas adjacent to the non-Federal lands surrounding Lake Siskiyou.  Without the Project, and especially without these treatments, fire conditions would make it challenging for recreationists to safely leave the area, and similarly make it difficult for fire personnel to enter. FS-000009.  One-way in and one-way out roads with high recreational usage could be easily overwhelmed by flames over 25 feet in height along these routes without fuel reduction. FS-000135.  Fuel reduction, combined with reduced stand densities to create more resilient forest conditions in this area, as proposed in the Rainbow Thin and Longbow Thin contracts, will increase the ability for emergency responders to access the area, and to use roads and other treated areas as strategic fire containment lines.  Treated critical access road corridors will increase the ability of people to evacuate quickly and safely, which will improve public safety.  FS-000135.

31.     Left untreated, the percentage of the project area expected to experience high flame lengths, high rates of spread, and crown fire activity would continue to increase over time.  FS-000784.  Existing threats to public safety, firefighter safety, ingress and egress routes, wildlife habitat, recreation opportunities, forest health, and ecosystem services will compound over time.  FS-000784.

**Harms to Northern Spotted Owl and Other Natural Resources if the Project Were Preliminarily Enjoined**

32.     The project includes critical treatments necessary to reduce the substantial wildfire risk to NSOs and other wildlife species.  If current fuel conditions and stand density persist, NSO habitat will remain at high risk of complete removal or reduction of structural conditions needed for nesting/roosting habitat. FS-002991.  Without treatment or if treatment is

significantly delayed, a damaging stand-replacing crown fire could occur which can result in partial to total loss of NSO habitat. FS-002994. There is potential for long-term loss or substantial alteration of the most significant NSO habitats in the project area, with future burned areas at risk of conversion to chaparral/early seral forest vegetation that could take up to a century or more to recover to forested habitats. FS-002991.

33. The interdisciplinary team, including experienced wildlife biologists, considered the best available science related to NSO habitat and fuel reduction and thinning treatments. FS-000133. There is extensive scientific support for the need to treat stands that have departed from historic conditions to become overly dense and at risk of high-severity stand replacing fires. See, e.g., FS-013335-FS-013359. Thinning can improve habitat quality by increasing prey availability and increasing spacing between trees, which can accelerate stand development and reduce the time needed to develop NSO nesting habitat. FS-002995. There is also scientific recognition of potential benefit to NSO from removing woody fuel and thus reducing the risk of habitat loss to high-severity fire. FS-002995. If the overstocked stands in the project area, currently loaded with fuels, are not expeditiously thinned, they will continue to be at elevated risk of stand replacing fire, and the development and restoration of NSO habitat structure will be delayed.

34. Risk to other natural resource values would also be reduced following treatment. Fuels treatments are needed to reduce the accumulation of excessive surface fuels, and create sustainable, resilient vegetation structure. FS-000134. Treatments will improve fire resilience of the forest in the project area while maintaining health and functioning of meadows, riparian areas, and wildlife habitat. If the project were not implemented or if treatments were significantly delayed, fuels would continue to build up across the landscape, and tree susceptibility to insects, disease, and drought would likely continue to increase and result in further tree mortality. Wildlife, plant, and other habitat could be lost due to increased risk of degradation from insects and disease, and the potential for high-severity fire. FS-000021.

///

///

**Additional Harms if the Project Were Preliminarily Enjoined**

35. The United States Forest Service is not a for-profit entity. Revenue generated from the commercial value of timber is not a driving force behind the Project; however, revenue received from commercial treatments would generally be re-invested into the lands managed by the Shasta-Trinity National Forest to meet the purpose and need of the South Fork Sacramento Public Safety and Forest Restoration Project.

36. For example, the Forest Service expects to collect over $427,000 from the commercial sale of timber under the Rainbow Thin MP timber sale. This revenue will fund other non-commercial fuels treatments and future forest health activities within the project area. If a preliminary injunction were issued and the vegetation and fuels treatments were not able to proceed, the Forest Service would not only be prevented from reducing the larger, saleable fuels in the high-traffic areas of the Rainbow Thin MP contract, it would likely be unable to collect any timber receipts this operating season from which to fund these other, much needed non-commercial treatments in the project area, and wildfire risk would continue to increase.

37. In addition, the Longbow Thin MP IRTC stewardship contract that is currently advertised would bring in an estimated $500,000 in receipts from the sale and removal of commercial timber and biomass, and includes additional activities designed to improve public safety and protect natural resource values which are funded by those receipts, such as roadside fuel reduction, road maintenance, stream crossing (culvert) replacements and road reconstruction. If the Forest Service is prevented from implementing the Longbow stewardship contract this season, there would be no opportunity to achieve any of these important objectives during the narrow operating window available to contractors prior to weather and NSO nesting season restrictions kicking in to prevent operations.

38. In addition to improving public safety, reducing wildfire risk, and conferring natural resource benefits, timber harvesting and processing, road maintenance, and restoration activities also support the surrounding communities through job creation and income generation. A preliminary injunction which prevents these activities from moving forward this season will

have the effect of reducing job availability and income opportunities for the local communities that rely on local timber companies and mills for employment.

39. Finally, if the Rainbow Thin MP timber sale contract is suspended due to a preliminary injunction, the Forest Service may suffer direct financial harm because it could be responsible for contract-related damages and losses for the delay if the purchaser has already moved equipment out onto the sale area or incurred other reimbursable out-of-pocket expenses. The Forest Service conservatively estimates that these out-of-pocket expenses, if incurred by the purchaser, would fall within the range of $10,000 to $25,000 and may include costs and revenue losses associated with a rate redetermination, reimbursement for the timber purchaser's out-of-pocket expenses, temporary reduction of downpayment, temporary credit for unamortized specified road reconstruction costs, readvertisement costs if the purchaser elects to cancel the contract, and the permanent loss of value for any cut or processed material that is required to be left on-site due to an injunction. In addition to these damages and costs, in the event of an extended suspension of more than six months of normal operating season time or more than one calendar year that results in cancellation of the contract by the purchaser, the Forest Service could also be responsible for the provision of replacement timber and/or the payment of liquidated damages under the contract, up to an amount currently estimated to be upwards of $195,000.

40. The statements in this declaration are based on my personal knowledge, and I could competently testify regarding them if called upon to do so.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __2nd__ day of September, 2025, in the City of Mt. Shasta, Siskiyou County, California.

**JOSEPH RODARME**
Digitally signed by JOSEPH RODARME
Date: 2025.09.02 16:49:34 -07'00'

**JOSEPH RODARME**
District Ranger
Mount Shasta and McCloud Ranger Districts
Shasta-Trinity National Forest