ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Chief
ALISON C. FINNEGAN, Senior Trial Attorney
JACOB JOSE, Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH FOREST ALLIANCE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE, et al., <br><br> Defendants. | Case No. 2:24-cv-2347-DC-CSK <br><br> **NOTICE OF ERRATA RE: FEDERAL DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

      Federal Defendants respectfully submit the following Notice of Errata regarding their Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Preliminary Injunction (Dkt. 43) ("Memorandum"), together with the Declaration of Ann Bowers re: Notice of Errata.

      First, Ms. Bowers submitted a declaration in support of Defendants' Memorandum. *See* Dkt. 43-4 ("September 2, 2025 declaration"). As explained in the attached declaration, Ms. Bowers described a July 23, 2025 survey visit to a northern spotted owl activity center in the

action area of the South Fork Sacramento Public Safety and Forest Restoration Project as the fourth visit occurring during the surveys of the area between May and August 2025, thus no additional visits beyond completion of the standard six-visit survey protocol were required. Dkt. 43-4 ¶ 16. The attached declaration explains that the July 23, 2025 visit was actually the fifth survey visit and, therefore, under the 2012 revision of the Protocol for Surveying Proposed Management Activities that May Impact Northern Spotted Owls ("Revised Protocol"), an additional visit was required. *See* Exhibit 1. In the attached declaration, Ms. Bowers explains the basis for the mistake. Ms. Bowers also explains and corrects a terminology error she made in Paragraph 9 of her September 2, 2025 declaration. Defendants also have provided a redline of her September 2, 2025 declaration for the Court's convenience. *See* Exhibit 2.

Second, Defendants' Memorandum relied on Ms. Bowers' September 2, 2025 declaration to briefly describe the survey activity in the action area during the months of May through August of this year. Dkt. 43 at 12. What Defendants' Memorandum described as "follow up visits" to the nest tree where one positive NSO response was recorded in the Soapstone home range should have been described as "Follow Up Outings" as that term is used in the Revised Protocol and as Ms. Bowers used it in her September 2, 2025 declaration. *See* Dkt. 43-4 ¶ 16. Defendants therefore offer the following technical correction to their Memorandum:

| Brief Page | Text as Filed | Corrected Text (Revisions in Bold Font) |
|---|---|---|
| 12 | The Forest Service recorded one positive NSO response in the Soapstone home range, but follow-up visits to the nest tree were negative for NSO. *Id.* ¶¶ 24-25. | The Forest Service recorded one positive NSO response in the Soapstone home range, but **Follow-Up Outings (as provided by the protocol)** to the nest tree were negative for NSO. *Id.* ¶¶ 24-25; *see* **FS-014914**. |

Dated: September 8, 2025                              Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Chief

*/s/*   Alison C. Finnegan
ALISON C. FINNEGAN
Senior Trial Attorney (Penn. Bar. No. 88519)
JACOB JOSE
Trial Attorney (CO Bar No. 59582)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500
Fax: (202) 305-0275
Alison.C.Finnegan@usdoj.gov
Jacob.Jose@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/  Alison C. Finnegan
Senior Trial Attorney