# Exhibit 2

ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Chief
ALISON C. FINNEGAN, Senior Trial Attorney
JACOB JOSE, Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH FOREST ALLIANCE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE, et al., <br><br> Defendants. | Case No. 2:24-cv-2347-DC-CSK <br><br> **DECLARATION OF ANN BOWERS** |

I, Ann Bowers, state as follows:

1. I am the Forest Wildlife Biologist for the Shasta-Trinity National Forest ("Forest"), a position I have held since July 2018. I work with interdisciplinary teams at the Forest Supervisor's Office and ranger district levels to review and comment on District and Forest level proposed actions, synthesizing resource information including wildlife, fire management, and silviculture for planning and implementation of projects in compliance with the Northwest Forest Plan, the National Environmental Policy Act, the Endangered Species Act

(ESA) and other applicable laws and regulations. As an interdisciplinary team member, I have conducted spotted owl habitat assessments and other field work to develop information to complete biological analyses for project planning.

2. Prior to my tenure with the Forest, I served as the District Biologist on the San Jacinto Ranger District, San Bernardino National Forest, from 2015 to 2018. In that capacity I worked closely with California spotted owl ("CSO") research scientists, surveyors, and other biologists to track CSO status and productivity in the San Jacinto and San Berardino Mountains in southern California.

3. In 2013, I received my Ph.D. from the University of California, Riverside. For my dissertation, I designed and executed a comparative study of the role of fire in mixed conifer forests of southern California and the Sierra San Pedro Mártir, Baja California, Mexico. In 1991, I received two undergraduate degrees in Forestry and Wildlife Biology from the University of Massachusetts, Amherst.

4. From 2001 to 2005, I served as an ESA consultation biologist with the Sacramento Office of the United States Fish and Wildlife Service ("SFWO"). In addition to my consulting biologist role, I also worked closely with the ESA listing and Habitat Conservation Planning branches. From 2003 to 2005, I was a project manager for the first CSO ESA listing petition. During that assignment I frequently participated in CSO survey outings with SFWO staff and spotted owl researchers from State, Federal and private sectors. I worked closely with Sierra Pacific Industries (SPI) and California Department of Fish and Wildlife biologists, facilitating the coordination and transfer of SPI's California state-wide CSO data set, to be integrated with the California Natural Diversity Database. On other assignments I assisted AmeriCorps northern spotted owl ("NSO") survey crews with surveys in Marin County, California, and provided technical assistance to private timber companies in the range of the NSO for compliance with the California Forest Practice Rules.

5. I make this declaration based on my familiarity with the practices and procedures for conducting NSO surveys set forth in the 2012 revision of the Protocol for Surveying Proposed Management Activities that May Impact Northern Spotted Owls ("Revised Protocol"),

FS-014901 – FS-014942 , a desk review of the data sheets for 2025 surveys that were conducted by Forest personnel from May to August in the South Fork Sacramento Public Safety and Restoration Project ("South Fork Sacramento Project" or "Project") area, and my personal knowledge of the South Fork Sacramento Project area and the proposed action through site visits and meetings, and through my role in the preparation of the Biological Assessment.

6. Spotted owl surveys on the Forest usually consist of either 6- or 3-visit annual surveys as stipulated by the Revised Protocol, unless deviations from the Revised Protocol are agreed to by the U.S. Fish and Wildlife Service ("USFWS"). FS-014904. A survey consists of a specified number of "visits" to the area surveyed where each visit covers the entire area to be surveyed in a seven-day period, and each complete visit must be spaced apart by seven days. FS-014913.

7. Spotted owl surveys on the Forest are conducted in accordance with the Revised Protocol. The Revised Protocol is intended to promote consistent and scientifically rigorous procedures to survey for northern spotted owls (Strix occidentalis caurina; spotted owl) in areas where management activities may remove or modify spotted owl nesting, roosting or foraging habitat. FS-014904. There is no requirement to survey dispersal habitat. FS-014904. Use of the Revised Protocol provides a methodology that ensures a high rate of detection of spotted owls with adequate coverage of the survey area. FS-014904.

8. Prior to commencing surveys, it is very important to coordinate with all known entities that may be surveying in or adjacent to the area planned for spotted owl surveys. FS-014906. The USFWS strongly recommends entities or their representatives conducting spotted owl surveys attend these coordination meetings. FS-014906. To that end, the USFWS Yreka Fish and Wildlife Office hosts a coordination meeting every year, attended by State and private entities and Federal employees, including Forest Service staff who will be surveying for spotted owls in the coming season. This coordination avoids the risk of over-surveying spotted owls. In particular, the Revised Protocol cautions against "hooting" for owls any more than is necessary: "Excessive surveyor vocalization may modify spotted owl behavior and stimulate them to move around more than is typical and possibly increase their risk of predation. Excessive calling near

a nest site may cause harassment by bringing the female off the nest." FS-014915.  In the declarations submitted by Plaintiffs in support of their Motion for Preliminary Injunction, one declarant mentioned regularly hooting for NSO in and around the South Fork Sacramento Project area as a recreational activity in 2024 and 2025.  Dkt. 41-4 at ¶ 10.  It is unclear whether this declarant has attended the recommended annual USFWS coordination meetings prior to conducting these personal surveys.  Further, given the risk that over-surveying may modify spotted owl behavior, it is unclear whether these personal surveys within the Project area have interfered with or affected the results of the Forest Service's Revised Protocol surveys in the area.

   9. Under the Revised Protocol, the survey period is the time frame in which visits must be conducted to be counted toward a complete annual survey. FS-014908.  For the Forest, the general survey period for the NSO is applicable and runs from March 15 through August 31.  FS-014909.  Surveys outside this timeframe would require concurrence from USFWS to be counted towards a ~~C~~complete annual survey~~Visit~~.  FS-014909.

   10. The project area and the survey area are identified using maps, aerial photos, GIS, or other sources.  FS-014906.  The "project area" includes all lands subject to activities that may impact spotted owls through modification of habitat, direct injury, noise or smoke disturbance, or other means.  FS-014907. To determine the "survey area," the project area is buffered by the appropriate distance for the Physiographic Province, equal to one provincial median annual home range radius (1.3 miles in the California Cascades and California Klamath, where the South Fork Sacramento Project is located).  FS-014907.  Once determined, the survey area is intended to capture the home range of any territorial spotted owls that may be impacted by project activities.  FS-014907.

   11. Once the survey area is determined, all nesting, roosting, and foraging habitat is identified within the survey area, and is then further refined to include habitat where protocol surveys may elicit a response from spotted owls.  FS-014907.  Refinement of habitat may include discussions with USFWS to exclude areas where both agencies conclude, using best

professional judgment, territorial owls are unlikely to use or occupy the area as part of an annual home range.  FS-002660, FS-002899.

12. Having refined habitat to survey, a call point array is developed by establishing fixed points approximately 0.25 to 0.5 miles apart along roads, trails, or transects in areas without roads or trails.  FS-014910.  Distance between call points should account for the effective distance sound will carry (e.g. shorter distances in ravines and longer distances on prominent features like ridges). The call point array should cover all habitat to be surveyed.  FS-014910.

13. Complete visits to the same survey area must be spaced 7 days apart (every other week).  FS-014913.  At least 3 visits should be conducted before June 30; however, survey period and visit timing can be adjusted if there are unavoidable operational conditions (snow, landslides, etc.).  FS-014905, FS-014913.  These conditions should be documented as part of the survey record.  FS-014913.  As part of the 6- visit survey plan, a daytime Activity Center Search is to be completed for every activity center in the survey area as early as conditions like terrain, snow, or other circumstances allow.  FS-014913-14, FS-014916.   Annual surveys should always be initiated at known activity centers.  FS-014909.  If occupancy and/or reproductive status is determined, habitat within a 0.5-mile radius may be excluded from further surveying for the remainder of the season.  FS-014910.

14. The survey procedure most recommended by the Revised Protocol and used by the Forest involves both nighttime and daytime surveys for all annual surveys (FS-014910, FS-014918), and this was the procedure used to conduct the 2025 NSO surveys of the South Fork Sacramento Project area.  Under this procedure, night surveys should be conducted between official sunrise-sunset and not under inclement weather conditions (high wind, rain, fog, etc.).  FS-014912.  Nighttime surveys are conducted by visiting each call point for at least 10 minutes.  FS-014910.  Using a high-quality digital caller (the Revised Protocol strongly discourages human mimicking of spotted owls calls due to lower response rates which result in missed detections), surveyors play recorded NSO calls for up to 3-4 complete calls, listen for 1-2 minutes, and then play another set of calls.  FS-014911.  The recommended call sequence

includes (1) the standard 4-note call (Hoo, hoo-hoo, hoooo!), (2) barking calls, (3) the contact whistle, and (4) agitated calls (sometimes referred to as "monkey calls"), using both male and female versions of the calls. FS-0149 11. If a NSO responds at night, the surveyor should discontinue calling and listen for the remainder of the 10 minutes to determine if there is more than one NSO. FS-0149 12, FS-014922-23. Taking a compass reading, the surveyor should estimate the distance between the surveyor and the owl (FS-014912), and fully document the survey and response information, including responses from any other raptors. FS-014923. If a NSO is detected during a call, the next call point(s) should be skipped, and calling should be resumed from a point more than 0.5 miles away (or any distance beyond a ridge), to avoid "leading" the owl through the survey area. FS-014923.

  15. In addition to nighttime visits, daytime visits may be required or are sometimes recommended by the Revised Protocol. FS-014910, FS-014915. Under the 6-visit survey protocol, a daytime Activity Center Search is to be completed for every activity center in the survey area as early as conditions like terrain, snow, or other circumstances allow. FS-014913-14, FS-014916. A daytime Follow-Up Outing is also required in any year of the survey cycle if a northern spotted owl or unidentified owl was detected in a nighttime survey. The Follow-Up Outing is best completed within the next 48 hours, unless terrain or other conditions are challenging. FS-014923, FS-014905, FS-014913. The daytime follow-up route must be delineated on a map with the start, end, and total survey time. FS-014913, FS-014915. This type of survey consists of both active calling and visual searching. FS-014914. Daytime visits are recommended in some cases, including optional Daytime Stand Searches where there are concerns about non-responsive NSOs, such as known activity centers without recent verified spotted owl use, or where barred owls may have displaced spotted owls. FS-014922.

  16. Additional visits (more than 3 or 6) may be needed if a spotted owl responds and resident status has not been determined. FS-014914. Specifically, according to the Revised Protocol, if a spotted owl response occurs in visit 4, no additional visits are required. FS-014914. If a spotted owl response occurs in visit 5, one additional visit must be conducted. FS-014914. If the response occurs in visit 6, two additional visits are required. FS-014914. For

example, in the 2025 South Fork Sacramento Project surveys, an unidentified NSO response occurred in Visit 54, on July 23. Two daytime Follow-Up Outings were conducted on July 24 and July 25, but the owl was not located. Based on the provisions of the Revised Protocol, ~~there were no~~one additional nighttime ~~or daytime~~ visit~~s~~ was required to follow up on this detection beyond completion of the standard 6 complete visits, which should be conducted maintaining the same standards (timing, temporal spacing of visits, weather condition limitations, etc.) while staying within the normal survey season, or up to as late as September 30. FS-014914.

17. As part of the Revised Protocol, spotted owls that are located are offered live mice to assist in determining nesting and reproductive status. FS-014924. Male spotted owls that have taken mice may lead surveyors to the nest tree, and later in the season mice may be used to locate young that have left the nest. FS-014924. One or both spotted owls are offered at least 2 mice or other small prey item. FS-014924. The fate of the prey item is recorded on the survey data sheet (mouse is eaten, given to the female or young, cached for later use) as evidence of reproductive status. FS-014924.

18. Activity center status is determined by observations indicating the owl(s) detected are a territorial pair, a pair with unknown status, a resident single, or status unknown. FS-014924. A territorial pair is established by observing a male and female in close proximity to each other (less than 0.25 miles apart), a female on a nest, a male taking a mouse to a female on a nest, one or both adults observed with young, or young identified based on juvenile plumage. FS-014925. A pair of unknown status is determined by observing two birds of the opposite sex where at least one bird meets resident single requirements. FS-014925. A resident single is determined by aural or visual observation of one owl of either sex three times in the same season or multiple times in several years. Unknown status is determined by a response that does not meet any of the above characteristics.

19. Reproduction surveys include two stages: nesting status and reproductive success. Nesting status surveys are conducted between April 1 to June 1 using the mousing procedure described above. Nesting is confirmed by two visits before May or one visit after May if: (1) a female is detected on the nest, (2) a member of the owl pair carries natural or observer-provided

prey to the nest, (3) a female possesses a brood patch - a patch of featherless skin that covers most of the abdomen, extending to the base of the wings, or (4) young identified as spotted owls, or young with an adult, are observed.  FS-014926.

20. The activity center is classified as non-nesting if (1) the female is observed roosting away from the nest for at least 60 minutes on two occasions between April 1 and May 1, (2) a female examined in-hand does not possess a brood patch, or (3) at least two prey items are offered to one or both members of the pair and they cache the prey, sit with it for 60 or more minutes, or refuse to take additional prey beyond two items.  FS-014927.  Nesting status is unknown if owls are found after June 1 without young, or if no owls were found after June 1 at a site where they were present prior to June 1.  FS-014927.

21. Reproduction is considered successful with at least two visits if fledged young are observed, or if adults, when offered mice, take at least some prey to the young.  Reproduction is considered unsuccessful and zero young are recorded if, on at least two occasions separated by 3 days, adults take at least two prey items and cache, sit with, or refuse further prey without taking any to young.  FS-014928.

22. There are three NSO territories that overlap the South Fork Sacramento Project area: Morgan/FS-001/SIS001, Scott/FS-005/SIS0268, and Soapstone/FS-018/SIS0268.  FS-002986.  Historical NSO surveys of the South Fork Sacramento River watershed date back to 1986 (Morgan territory) and 1990 (Scott and Soapstone territories).

23. In 2025, a 6-visit Revised Protocol survey of the South Fork Sacramento Project's survey area ("Survey Area") was implemented from May through August.  Due to snowpack that persisted into May 2025 in higher elevation sites of the Survey Area, including in much of the Soapstone and parts of the Scott territories, the first complete visit was completed by surveyors on May 27-29, 2025.  These conditions were documented in the 2025 data sheets, as advised by the Revised Protocol. FS-014913.  Subsequent visits were conducted on June 10-12, June 24-26, July 8-9, July 23-25, and August 6-13.

24. Protocol surveys of all three territories in the Survey Area in 2025 did not detect any NSO reproduction.  The most recent reproduction in the Scott territory was detected in 2022

and the most recent status was a resident single adult male in 2024. The most recent reproduction in the Soapstone territory was detected in 2024. As described in more detail below, there was one positive NSO response in the Soapstone core area during the 2025 surveys. However, a single response is not sufficient to establish any category of resident status, so the Soapstone territory's most recent known status was territorial pair in 2024, with its 2025 status classified as unknown. Reproduction has not been detected in Morgan since 1995 and the most recent status was a resident single adult male in 2005.

25. Surveys in 2025 were negative for NSO occupancy in all three activity centers. A single nighttime response, an aural detection of a NSO (a "bark call"), was observed in the Soapstone territory on July 23, 2025, but daytime searches in and adjacent to both the current and former activity centers over the following two days (July 24-25) did not locate the owl. On August 6, 2025, a barred owl aural detection occurred approximately 2 miles east of the Scott activity center, outside of the Project area in the vicinity of Castle Crags Wilderness. No barred owls were detected within the Project area during the 2025 surveys.

26. During 2024 surveys of the Project Area, the Soapstone NSO pair were detected with a fledgling on August 1, 2024, in close proximity to what surveyors concluded to be a new activity center (nest tree), located approximately 0.5 miles from the historical activity center. Prior to the 2024 detection, reproduction had not been detected in Soapstone since 2015. The new activity center location is believed to be a shift of the Soapstone NSO pair to a new location rather than a discovery of a new NSO territory for the following reasons: (a) the location of the new activity center is in the same drainage as the historical activity center, separated by a distance of only one core area radius – NSO are territorial and unlikely to share the same drainage (and in it, resources) in such close proximity to another active activity center; (b) the locations of historical observations place the new activity center in a more central position relative to those observations, consistent with the central place foraging behavior of spotted owls; (c) fresh whitewash (owl droppings) was observed around the new activity center, likely from 2024, including decomposing owl pellets and bones – in contrast, the historical activity center had no signs of recent use; and (d) photographic evidence from August 1, 2024, of one

adult and one fledgling together with the other adult close by, was located approximately 0.16 miles west of the new activity center, and approximately 0.5 miles south of the historical activity center. The USFWS was contacted on August 23, 2024, with this information and concurred with these findings.

27. The statements in this declaration are based on my personal knowledge of the Revised Protocol and of the 2025 NSO survey data sheets, and I could competently testify regarding them if called upon to do so.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __2nd__ day of September, 2025, in the City of Redding, Shasta County, California.

**ANN BOWERS**
Forest Wildlife Biologist
Shasta-Trinity National Forest